My name is Kerby Stracco and I am filing suit against Town Square Mark Center, Bozzuto Management Company, Reading Avenue Owner LLC, Caitland Robert's et al and Equity Residential for personal injury, and discrimination due to disability and denial of accommodations due to disability, and discrimination against a disabled veteran family.

On or around December 17th, 2024 Bozzuto Management Company took over Town Square at Mark Center. They were previously owned by Equity Residential. I contacted them on that day VIA phone to alert of the accommodations that were in place with Equity. The conversation is attached to this suit.

On Dec 18, 2024 I contacted Bozutto by email detailing the accommodations. They ignored the email. I went to the office and was told that Caitland Robert's wasn't available. I contacted Alexandria City in January 2025 due to Bozutto not responding to phone calls or emails. On January 9th, 2025 I spoke to Caitland Robert's who told me they were only property managers not owners. She stated they do not allow transfers nor do they provide accommodations regarding the credit checks due to disability.

I said that the agreement was in place with equity who also had me served even though they granted accommodations regarding payment of rent due to my husband's disability which is attached. Caitland Robert's assured me that she would speak to her attorneys the next day and she said for me to send the emails to her from Equity that proved they allowed the accommodations. I sent them.

I did not hear from Ms. Robert's at all. On January 22nd, 2025 I contacted Ms. Robert's and she stated that they will only allow us to break the lease. I told her she was in violation of the fair housing act. They did not provide me a timely answer, nor did they engage with me in Dec when I initially reached out. This has caused great injury to me and medical documentation attached.

I went in depth with Ms. Robert's VIA phone as well on January 9th, 2025. I also forwarded her all emails from Equity which detailed my husband's illness in great detail. She had to have known how harmful it would be to my family to not only provide the same answer, but to also deny the accommodations to a disabled veteran family.

Equity Residential knew that I had accommodations in place for the rent and for the move. They intentionally injured me and caused further injury by not communicating with Bozutto and myself on a way forward. They even had me served even though they knew their money was coming from Veterans Affairs SSVF program partners.

My husband is suffering greatly. I homeschool my children due to my religious convictions while also balancing my own health. I am not asking for a favor. I am asking for fair access to not only provide my children with a better home. But also accommodate my husband and his failing health. My health hangs in the balance. I am proud of my country. I went to Iraq because I believe in the promise of freedoms, and what America offers to the world at large.

When we came home as those before have, we all came back with various issues. Some better than others. However, veterans aren't afforded the same opportunity to have the support systems they had while on active duty. Please help me stabilize my family. I am suing for a total of $5 million Dollars.

I am not asking for a hand out. I am asking for a hand up. I have my Husband and my children who depend on me. Thank you.

2 3 Jan 2025

 Gmail

---

## RE: Re: A Message from your NEW Property Management Team!

**Town Square at Mark Center** <TownSquareatMarkCenter.Reply.BMC@aptleasing.info>      Thu, Dec 19, 2024 at 12:30 PM
To: <kerby.stracco@gmail.com>

Good morning Kerby,

Thank you for sharing your concerns with us. I sincerely apologize for the frustrating experience you had when you called the office earlier today. We certainly understand how important it is to feel respected and heard, and I regret that you didn't receive the level of service you expected.

I want to assure you that the employee you spoke with did, in fact, ask the office about any outgoing calls, and by the time you returned the call, no calls had been made from our team that day. However, we understand how this situation may have caused confusion, and we deeply regret any frustration this caused you.

We truly value all our residents and their unique circumstances, and your feedback is important to us as we work to provide the best service possible. Please don't hesitate to reach out if you have any further concerns or need assistance.

Thank you for your patience and understanding.

Kind Regards,


**Thea Ray**

Sales & Marketing Associate, Oakville Triangle

451 Swann Ave | Alexandria, VA 22301

(O)571-200-8104| Home - Oakville (oakvilleva.com)



NATIONALLY CERTIFIED AS A GREAT PLACE TO WORK®

NAMED A TOP WORKPLACE BY THE WASHINGTON POST NINE YEARS IN A ROW

---

From : kerby.stracco@gmail.com
cc :
Sent : 12/19/2024
Subject: Re: A Message from your NEW Property Management Team!



Good Morning,
This morning I received a missed call from the office. I just called back to see how who called and the woman who answered the phone played in my face. She said "I don't who called you. Are you sure?" Instead of her going to ask she just assumed I was imagining it.

The standard of customer service is very insane. We are more than just residents. Some of had circumstances that required

us to develop rapport with the prior company as to stabilize housing. The way you all are operating so far is unsettling and also unprofessional.

It is regrettable that you all have assumed ownership of a property that serves a diverse community of military, veterans, police officers, parents, children everyday people who look like you, and have unique needs.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526

"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~

On Wed, Dec 18, 2024 at 6:00 PM K S <kerby.stracco@gmail.com> wrote:
Greetings,
Hi my name is Kerby Stracco and I have just spoken over the phone with I believe an employee named Sequoia.

Our family had disability accommodations with Equity Residential and also owed rent in arrears. Supportive Services for Veterans Families (SSVF) an organization funded with money from Department of Affairs to help at risk veterans has written a check for $12,000 that will be brought to your office Tomorrow.

I have gone-through hades since October for our family to receive this check to stabilize our families housing, and now because of some corporate hostile takeover it's been stated that the check has to be written to you all.

You all are going to have to figure out how to cash this check because it's the holidays and these non profits take a long time to cut checks. The funding has to be paid this year for continuity of assistance. I'm bringing the check tomorrow and Bozzuto and Equity will have to box it out.

Also, we had accommodations through equity residential that permitted us to break the lease without penalty as long as the rent was paid in full. It would allow us to transfer properties or just move in an effort to accommodate my husband's disability. I had to provide paperwork, have veterans affairs sign it and more. It was an arduous process. We also had to ask them to bypass the credit in an effort to get suitable housing to accommodate my husband's disability (transferring properties). This was granted.

Our lease is over in March but we were going to leave Mid Jan Beginning Feb to another property within equity.

I am happy to move to a bozzuto company near the hospital if you all have availability. But we would need accommodations. Now I recognize you all are a different property company as stated by Sequoia. However, reasonable accommodations should be allowed and granted per law. My family has already been through too much. So I am respectfully asking you all to help me make this seamless for my family please. Regards.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526

"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~

On Wed, Dec 18, 2024 at 2:49 PM Town Square at Mark Center <Towerview@bozzuto.com> wrote:



Dear Resident,

Were thrilled to let you know that **Bozzuto Management Company** has chosen to assume management responsibilities for Town Square at Mark Center effective December 17, 2024. We come with expertise in managing luxury rental communities in major metropolitan markets including Boston, Chicago, Florida, Maryland, Milwaukee, New Jersey, New York, Philadelphia, Pittsburgh, and Washington DC. We welcome you to check out our website to learn more about Bozzuto. You can find us at www.bozzuto.com.

You may notice some new and familiar faces but be assured our professional team of management and maintenance professionals will be managing all aspects of your property including maintenance, service requests, leasing and resident relations. Our goal is to deliver great service to you and your family while adding some convenient programs to make your life a little easier! We will be providing more information on these great Bozzuto programs and services including:

- Online Rent Payment
- Easy Submit Service Request Portal
- Resident Events
- Exciting Upcoming Improvements

Please note that tiyr current lease will remain in effect. Rent payments should be made payable to **Reading Ave Owner LLC** and can be dropped off at the management office. Online payments will be made available soon, we apologize in advance for disruptions until systems can be formalized. We will update you with information about online payments very soon.

**We can't wait to meet you!** Stay tuned for details on a community celebration event happening soon!

**For after hours emergencies**
Please call the property at 571-487-8655

Again, we're ecstatic to be at Town Square at Mark Center! We promise to do everything we can to make living here a top-notch experience. If you have any questions or need further assistance at any time, please contact our leasing office at 571-487-8655 or TownSquare@bozzutoliving.com.

Sincerely,

BOZZUTO MANAGEMENT COMPANY

Regional Portfolio Manager

1459 N Beauregard St | Alexandria | VA 22311







1459 N Beauregard St, Alexandria, VA 22311

This email was sent to kerby.stracco@gmail.com. To ensure you continue receiving our emails, please add us to your address book or safe list. You can opt out of email notifications from Town Square at Mark Center clicking here. You can opt out of all email notifications from Bozzuto Management Company clicking here.



**NAMED A TOP WORKPLACE BY THE WASHINGTON POST SEVEN YEARS IN A ROW**
**NAMED #1 IN THE US FOR ONLINE REPUTATION SEVEN YEARS IN A ROW**

1459 N Beauregard St, Alexandria, VA 22311

This email was sent to kerby.stracco@gmail.com. To ensure you continue receiving our emails, please add us to your address book or safe list. You can opt out of email notifications from Town Square at Mark Center by clicking here. You can opt out of all email notifications from by clicking here.

 **Gmail**

---

## Fwd: A Message from your NEW Property Management Team!

---

**K S** <kerby.stracco@gmail.com>                                                                                      Mon, Jan 6 at 11:38 AM
To: <TownSquare@bozzuto.com>
Cc: Temple Evans <tevans@friendshipplace.org>, Jonathan Whitted <jwhitted@friendshipplace.org>, Cornelia Kent
<ckent@friendshipplace.org>, Jean-Michel Giraud <jgiraud@friendshipplace.org>, Rebekah Koen <rkoen@friendshipplace.org>

Goodmorning,
    Per an email that was sent from your property today (File Attached) you all have a new General Manager named Matthew Young. A check was provided to you on Friday Dec 20th, 2024 for rent in arrears.

 However although submitted an disability accommodations request to Equity Management for this issue we were served a writ of eviction that was filed on Dec 18, 2024 and received my myself in the mail on Dec 27th, 2024.

You all can't control that...however; I reached out to your office very early on about how to apply for the same accommodations, and you all are in receipt of a check and one would assume some of the money belongs to Equity Residential. The email has been ignored and your office has not been forthcoming nor accommodating.

How can equity file for a writ of eviction if you all manage the property? Do you own the property or are you managing it for them. It would seem very strange that a company could file for an eviction right the day after you all took over. Any clarification would be appreciated.

Temple as I understand it has been in touch with you all for a W-9 for the rental payment. It's a simple form. Bozzuto is swimming in corporate money and I would assume they have the proper paperwork to operate on the state of Virginia. I have five babies and my husband is disabled. I need to know what's going on so I can take care of my family.

Please see traffic below.


Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526



"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~



---------- Forwarded message ---------
From: **K S** <kerby.stracco@gmail.com>
Date: Thu, Dec 19, 2024 at 9:24 AM
Subject: Re: A Message from your NEW Property Management Team!
To: <Towerview@bozzuto.com>, <TownSquare@bozzutoliving.com>


Good Morning,
    This morning I received a missed call from the office. I just called back to see how who called and the woman who answered the phone played in my face. She said "I don't who called you. Are you sure?" Instead of her going to ask she just assumed I was imagining it.

The standard of customer service is very insane. We are more than just residents. Some of had circumstances that required us to develop rapport with the prior company as to stabilize housing. The way you all are operating so far is unsettling and also unprofessional.

It is regrettable that you all have assumed ownership of a property that serves a diverse community of military veterans, police officers, parents, children everyday people who look like you, and have unique needs.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526

"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~

On Wed, Dec 18, 2024 at 6:00 PM K S <kerby.stracco@gmail.com> wrote:
Greetings,
   Hi my name is Kerby Stracco and I have just spoken over the phone with I believe an employee named Sequoia.

Our family had disability accommodations with Equity Residential and also owed rent in arrears. Supportive Services for Veterans Families (SSVF) an organization funded with money from Department of Affairs to help at risk veterans has written a check for $12,000 that will be brought to your office Tomorrow.

I have gone-through hades since October for our family to receive this check to stabilize our families housing, and now because of some corporate hostile takeover it's been stated that the check has to be written to you all.

You all are going to have to figure out how to cash this check because it's the holidays and these non profits take a long time to cut checks. The funding has to be paid this year for continuity of assistance. I'm bringing the check tomorrow and Bozzuto and Equity will have to box it out.

Also, we had accommodations through equity residential that permitted us to break the lease without penalty as long as the rent was paid in full. It would allow us to transfer properties or just move in an effort to accommodate my husband's disability. I had to provide paperwork, have veterans affairs sign it and more. It was an arduous process. We also had to ask them to bypass the credit in an effort to get suitable housing to accommodate my husband's disability (transferring properties). This was granted.

Our lease is over in March but we were going to leave Mid Jan Beginning Feb to another property within equity.

I am happy to move to a bozzuto company near the hospital if you all have availability. But we would need accommodations. Now I recognize you all are a different property company as stated by Sequoia. However, reasonable accommodations should be allowed  and granted per law. My family has already been through too much. So I am respectfully asking you all to help me make this seamless for my family please. Regards.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526

"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~

On Wed, Dec 18, 2024 at 2:49 PM Town Square at Mark Center <Towerview@bozzuto.com> wrote:



Dear Resident,

Were thrilled to let you know that **Bozzuto Management Company** has chosen to assume management responsibilities for Town Square at Mark Center effective December 17, 2024. We come with expertise in managing luxury rental communities in major metropolitan markets including Boston, Chicago, Florida, Maryland, Milwaukee, New Jersey, New York, Philadelphia, Pittsburgh, and Washington DC. We welcome you to check out our website to learn more about Bozzuto. You can find us at www.bozzuto.com.

You may notice some new and familiar faces but be assured our professional team of management and maintenance professionals will be managing all aspects of your property including maintenance, service requests, leasing and resident relations. Our goal is to deliver great service to you and your family while adding some convenient programs to make your life a little easier! We will be providing more information on these great Bozzuto programs and services including:

- Online Rent Payment
- Easy Submit Service Request Portal
- Resident Events
- Exciting Upcoming Improvements

Please note that tiyr current lease will remain in effect. Rent payments should be made payable to **Reading Ave Owner LLC** and can be dropped off at the management office. Online payments will be made available soon, we apologize in advance for disruptions until systems can be formalized. We will update you with information about online payments very soon.

**We can't wait to meet you!** Stay tuned for details on a community celebration event happening soon!

**For after hours emergencies**
Please call the property at 571-487-8655

Again, we're ecstatic to be at Town Square at Mark Center! We promise to do everything we can to make living here a top-notch experience. If you have any questions or need further assistance at any time, please contact our leasing office at 571-487-8655 or TownSquare@bozzutoliving.com.

Sincerely,

BOZZUTO MANAGEMENT COMPANY

Caitland Roberts
Regional Portfolio Manager

(571) 560-2972

 BOZZUTO

  

1459 N Beauregard St, Alexandria, VA 22311

This email was sent to kerby.stracco@gmail.com. To ensure you continue receiving our emails, please add us to your address book or safe list. You can opt out of email notifications from Town Square at Mark Center clicking here. You can opt out of all email notifications from Bozzuto Management Company clicking here.

**IMG_7346.png, Updated Information.pdf**

 Gmail

## Fwd: Information

**K S** <kerby.stracco@gmail.com>                                                    Thu, Jan 9 at 8:59 AM
To: <Croberts@bozzuto.com>

Please see below

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526


"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~



---------- Forwarded message ---------
From: **Tiana Moore** <tmoore@eqr.com>
Date: Tue, Feb 14, 2023 at 3:50 PM
Subject: Re: Information
To: K S <kerby.stracco@gmail.com>

Hi Kerby,

I have received a response back from my corporate team regarding your request. We will be able to proceed with you applying to the sister community. We will not run your credit with this transfer as an accommodation. You will still need to qualify financially for the home and have your current account in good standing (zero balance). If you would like to apply for a home with a sister community, please let me know when you are ready. I will need to speak with the CM that oversees the community of interest.

Kind Regards,


On Fri, Feb 10, 2023 at 12:12 PM Tiana Moore <tmoore@eqr.com> wrote:
   You're welcome. I will circle back with the legal team with this information.

   On Fri, Feb 10, 2023 at 11:57 AM K S <kerby.stracco@gmail.com> wrote:

### This Message Is From an External Sender
   This message came from outside your organization.

   Hi Tiana thank you again.

   If you guys want to check my my credit that's fine. It's just doesn't look great.

   Maybe check my credit and then offer an exception for me to move in even if it doesn't meet you alls standard? I'm not sure.

   I only suggested this as another company recently did the same thing. I did the screening I didn't pass the credit check but they granted the accommodations and would allow me to move in. However I couldn't move into their property as it only had two bedrooms.

I'm not too sure of this helps. But take your time and thank you as this alleviates a lot of stress. Thank you.

On Fri, Feb 10, 2023 at 11:52 AM Tiana Moore <tmoore@eqr.com> wrote:

Hi Kerby,

I have received an update. Your request to transfer to a sister community without penalty is granted. However, they are looking into the logistics of transferring without performing a credit check as our system automatically does this. They will get back to me with more information on that piece as soon as possible.

Have a nice weekend!

Kind Regards,

On Mon, Feb 6, 2023 at 12:09 PM Tiana Moore <tmoore@eqr.com> wrote:

Okay, thanks. The corporate office is currently reviewing and wanted to know this information.

On Mon, Feb 6, 2023 at 11:54 AM K S <kerby.stracco@gmail.com> wrote:

**This Message Is From an External Sender**

This message came from outside your organization.

Hi Goodmorning Tiana.
Yes please if possible. I'd like to look at Alban towers first as it's extremely close to his rehabilitation doctor. I just hadn't gone yet as tony has been sick. I can go today if they are open

On Mon, Feb 6, 2023 at 11:33 AM Tiana Moore <tmoore@eqr.com> wrote:

Hi Kerby,

I hope you had a great weekend. Just to confirm, you are interested in transferring to Waterpark Towers, correct?

Kind Regards,

On Wed, Feb 1, 2023 at 9:24 AM Tiana Moore <tmoore@eqr.com> wrote:

Will do!

On Wed, Feb 1, 2023 at 9:23 AM K S <kerby.stracco@gmail.com> wrote:

**This Message Is From an External Sender**

This message came from outside your organization.

Okay thank you for your help. Please keep me posted so I know what I need to do thank you so much.

On Wed, Feb 1, 2023 at 9:09 AM Tiana Moore <tmoore@eqr.com> wrote:

I have submitted the request with all documentation. I will typically receive a response back in 2 business days.

On Wed, Feb 1, 2023 at 9:02 AM K S <kerby.stracco@gmail.com> wrote:

**This Message Is From an External Sender**

This message came from outside your organization.

Okay thank you

On Wed, Feb 1, 2023 at 8:59 AM Tiana Moore <tmoore@eqr.com> wrote:

Good Morning Kirby,

Thank you. I have received all of your documentation and will submit this today.

Kind Regards,

On Tue, Jan 31, 2023 at 10:07 PM K S <kerby.stracco@gmail.com> wrote:

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

Hi Tiana. Thanks for your email. Please see the attached. I hope it's enough detail. And I am also forwarding another medical report that shows Anthony's Cognitive and physical decline.

Michael thanks for your help with this. Please if you can, confirm receipt of the email and confirm the information is accurate regarding the need for accommodations due to Anthony's medical and rehabilitative needs. Thank you so much. I appreciate it.

On Tue, Jan 31, 2023 at 5:11 PM Tiana Moore <tmoore@eqr.com> wrote:
Good Evening Kirby,

I hope this email finds you well. We are happy to assist with your request, however, documentation will need to be provided for consideration. I see from your emails that you were requesting Michael to respond and I do see an email that eventually followed stating "received". Can you please clarify if there is additional information needed from Michael or is he validating your statement in your email? I understand from your email you have stated they are working to fill out the reasonable accommodation packet but your circumstance is time sensitive. If you have any other supporting documentation that will suffice, please attach it to this email. You mentioned DOD paperwork and department of veterans affairs paperwork exists. I am happy to send this information along with the reasonable accommodation packet. You can complete page 1,2 and 3 through the resident signature line.

Please let me know if you have any questions.

Kind Regards,

On Thu, Jan 26, 2023 at 10:02 AM K S <kerby.stracco@gmail.com> wrote:

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

Hi Tiana Please see below. The email bounced back.

Michael please respond again. Ms. Tiana didn't receive the email. Thank you. Regards.

---------- Forwarded message ---------
From: **K S** <kerby.stracco@gmail.com>
Date: Thu, Jan 26, 2023 at 9:55 AM
Subject: Re: Information
To: tmoore@eqr.com
CC: Aranda, Natalie C. <Natalie.Aranda@va.gov>, Lohri, Michael E. <Michael.Lohri@va.gov>, Lupus . . . . . . . Dei🩵🩵🩵 <anthony.stracco@gmail.com>

Sorry I'm resending as the prior email said it wasn't sent. Pardon if you receive this too many times. Regards.

On Thu, Jan 26, 2023 at 9:45 AM K S <kerby.stracco@gmail.com> wrote:
Goodmorning Tiana,
I hope this email finds you well. The Chief of Staff is taking some time to fill out the paper as to ensure compliance and accuracy. I am hoping you can Foward my information to your corporate office as I am concerned with how much time This is taking as my

situation isn't well and the living situation isn't conducive for his disability. While I realize that you all want that form filled out; I stated before, that DOD paperwork and department of veterans affairs paperwork exists that would validate the existence of a disability.

With Anthony's permission, the clinical social workers attached in this email who, also work with the Chief of Staff and have access to Anthony's records can also attest that the certain disabilities persist and exist, that would need reasonable accommodation such as policy exemptions and more.

While I recognize this isn't your fault please understand that the accommodations are time sensitive as the particular property we looked at may not have any availability and would cause undue stress on the family as we would have to look for apartments that could accommodate Tony's needs, as well as the occupancy for our children. Please know that I always appreciate your help, and you have been kind. However I wish to reasonably escalate this matter further.

Michael and Natalie can you please send an email confirmation that you've received this correspondence to include Ms. Tiana so that she sees your signature block and knows that you are who I am saying you are. I hope all is well and thank you for your assistance during this trying time. Regards.
--
Very Respectfully,
Kerby Stracco
USA RET
(650) 208-1526


"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."


--
Very Respectfully,
Kerby Stracco
USA RET
(650) 208-1526


"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."


--
Very Respectfully,
Kerby Stracco
USA RET
(650) 208-1526


"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."


--
**Tiana Moore**
**General Manager**
**703.578.7800**

**Town Square at Mark Center**
1459 N. Beauregard Street [google.com]
Alexandria, VA 22311 [google.com]

EquityApartments.com | *live remarkably*

--
Very Respectfully,
Kerby Stracco
USA RET
(650) 208-1526


"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."


--
**Tiana Moore**
**General Manager**
**703.578.7800**

**Town Square at Mark Center**
1459 N. Beauregard Street [google.com]
Alexandria, VA 22311

EquityApartments.com | *live remarkably*

--
Very Respectfully,
Kerby Stracco
USA RET
(650) 208-1526


"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."


--
**Tiana Moore**
**General Manager**
**703.578.7800**

**Town Square at Mark Center**
1459 N. Beauregard Street [google.com]
Alexandria, VA 22311

EquityApartments.com | *live remarkably*
--
Very Respectfully,
Kerby Stracco
USA RET
(650) 208-1526


"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."

**Tiana Moore**
General Manager
703.578.7800

**Town Square at Mark Center**
1459 N. Beauregard Street [google.com]
Alexandria, VA 22311

EquityApartments.com | *live remarkably*

--
**Tiana Moore**
General Manager
703.578.7800

**Town Square at Mark Center**
1459 N. Beauregard Street [google.com]
Alexandria, VA 22311 [google.com]

EquityApartments.com | *live remarkably*

--
Very Respectfully,
Kerby Stracco
USA RET
(650) 208-1526

"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."

--
**Tiana Moore**
General Manager
703.578.7800

**Town Square at Mark Center**
1459 N. Beauregard Street [google.com]
Alexandria, VA 22311

EquityApartments.com | *live remarkably*

--
**Tiana Moore**
General Manager
703.578.7800

**Town Square at Mark Center**
1459 N. Beauregard Street [google.com]
Alexandria, VA 22311

EquityApartments.com | *live remarkably*

--
Very Respectfully,
Kerby Stracco
USA RET
(650) 208-1526

"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."

[Quoted text hidden]

 **Gmail**

## Fwd: Reasonable Accommodation Completed

**K S** <kerby.stracco@gmail.com>                                                                Wed, Jan 22 at 1:01 PM
To: Caitland Roberts <Croberts@bozzuto.com>
Cc: Temple Evans <tevans@friendshipplace.org>, Jean-Michel Giraud <jgiraud@friendshipplace.org>, Cornelia Kent <ckent@friendshipplace.org>, Matthew Young <Matthew.Young@bozzuto.com>, Anderson, Lea <Lea.Anderson@va.gov>, Sheetz, Rebecca L. <Rebecca.sheetz@va.gov>, Potluri, Vamsee <vamsee.potluri@va.gov>, Frazier, Heather D. (she/her/hers) <Heather.Frazier3@va.gov>, Turner, Melissa (she/her/hers) <melissa.turner@va.gov>

Hi Ms. Robert's,
      I have not heard anything from your offices nor has anyone contacted Temple Evans. Our situation continues to become exponentially worse since initial out reach to your office on or before Dec 18, 2024.

It is now January 22nd, 2025. Our lease ends March 30th, 2025. I have five children under 11 with various pending medical conditions that need care and surgery. My husband's condition continues to ebb, flow and worsen. He has fallen down the steps multiple times. I myself have medical needs that need to met as a veteran myself who has medical conditions that I do not wish to speak on at this time...although it is heavily documented.

This apartment is only a two bedroom.

I recognize you all had no control over a business transaction that resulted in the takeover of the current property...however the conditions of the apartment as well as the lack of accessibility is causing issues for my family. The lack of communication is causing worsening issues for my family as well.

I have to find a place that is HUD/VASH approved in order for Friendship Place to assist with first and last month's rent. It's what you all would call a voucher but aimed at providing one specifically for veterans who suffer from housing instability.

I cannot proceed with the medical treatments for my husband nor my children without housing stability. I cannot proceed with my own medical treatments as the primary caretaker in the home if my housing isn't stable.

 The stability of Military service members, veterans and their children is vital as we are a high risk community due to invisible and visible wounds of war and various degrees of military service. We are underserved and do not have access to other sources of advocacy or intervention. Please understand this.

Active Duty Service Members are covered by SCRA as well as other protections to keep them housed and more. Veterans lose that protection despite their need for support. I would've hoped despite this being a cooperate business, they would provide the much needed accommodations in a timely manner, in an effort to support a population that is often overlooked but politicized.

A delay is a denial. A delay causes worsening health conditions.

You all have properties in DC however your website is fairly difficult to navigate. There are other factors that are out of your control as well...however the review of the accommodations is in you alls control.

A change in administration doesn't mean a change in the quality of services nor denial in the rights to fair and equal access to housing. This is causing great distress to my family. Please advise Soonest. Godspeed.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526


"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~

---------- Forwarded message ---------
From: **Caitland Roberts** <Croberts@bozzuto.com>
Date: Fri, Jan 10, 2025 at 8:59 AM
Subject: RE: Reasonable Accommodation Completed
To: K S <kerby.stracco@gmail.com>
CC: Town Square at Mark Center <TownSquare@bozzuto.com>, Matthew Young <Matthew.Young@bozzuto.com>

Hi Kerby,

Thank you again for chatting with me and sending over the backup as requested. I have read through everything you've provided and have submitted to our legal team for further guidance on how to proceed with the accommodations. I hope to have a response tomorrow and will keep you updated as I hear back.

Meanwhile, the team has been in touch with The Friendship Place to complete the paperwork so we can move forward with the assistance for the January rent amount. We acknowledge that as of 12/31/2024, your account was at a zero balance so we will ensure that any further legal proceedings for the rent will be cancelled.

Please let us know if you have any questions but I will follow up as soon as I have more information for you.

Thank you,

**Caitland Roberts**

Regional Vice President

6406 Ivy Lane | Suite 700 | Greenbelt, MD 20770

(O) 301.446.2268 | (C) 571.239.5892 | bozzuto.com

 Gmail

## Re: Reasonable Accommodation Completed

**K S** <kerby.stracco@gmail.com>                                                     Wed, Jan 22 at 3:16 PM
To: Caitland Roberts <Croberts@bozzuto.com>
Cc: Temple Evans <tevans@friendshipplace.org>, Jean-Michel Giraud <jgiraud@friendshipplace.org>, Cornelia Kent
<ckent@friendshipplace.org>, Matthew Young <Matthew.Young@bozzuto.com>, Anderson, Lea <Lea.Anderson@va.gov>,
Sheetz, Rebecca L. <Rebecca.sheetz@va.gov>, Potluri, Vamsee <vamsee.potluri@va.gov>, Frazier, Heather D. (she/her/hers)
<Heather.Frazier3@va.gov>, Turner, Melissa (she/her/hers) <melissa.turner@va.gov>, Hobes, Sahirah A. (VACO)
<sahirah.hobes@va.gov>

Also...it's going to take time for me to apply to other properties and ask them for the same accommodations, as they have
their own processes. It would add an additional barrier and injury to myself and my family, which would result in worsening
Health outcomes. The accommodations don't disappear because you all "allow," me to break the lease. Sabrina the Teenage
Witch is closed for business unfortunately.

Where will I go? My only option would be a two bedroom hotel, as stated in emails unknown to you. My car? I guess that's
okay with you all too.

My Lord...where is Dr. Who's telephone booth? We need to be teleported to a dimension where the human condition meant
more than limiting policies that disproportionately disenfranchise high risk demographics. It's giving Dog eat Dog.

This is Insane. Godspeed though.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526

"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come
home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~

On Wed, Jan 22, 2025 at 2:19 PM K S <kerby.stracco@gmail.com> wrote:
All I read is you cannot provide the accommodations due to disablty.

As I stated to you over the phone...while I understand this may be a policy it is not legal to deny accommodations, and as
you said you would consult with your legal team. And you also asked me to provide the emails from Equity which I did.

According to HUD:

A reasonable accommodation is a change, exception, or adjustment to a rule, policy, practice, or service that
may be necessary for a person with disabilities to have an equal opportunity to use and enjoy a dwelling,
including public and common use spaces, or to fulfill their program obligations. Please note that the ADA
often refers to these types of accommodations as "modifications."

Any change in the way things are customarily done that enables a person with disabilities to enjoy housing
opportunities or to meet program requirements is a reasonable accommodation. In other words, reasonable
accommodations eliminate barriers that prevent persons with disabilities from fully participating in housing

opportunities, including both private housing and in federally-assisted programs or activities. Housing

Case 2:25-cv-00050    Document 1-1    Filed 01/03/25    Page 20 of 78    PageID#
26

opportunities, including both private housing and in federally-assisted programs or activities. Housing providers may not require persons with disabilities to pay extra fees or deposits or place any other special conditions or requirements as a condition of receiving a reasonable accommodation.

Since rules, policies, practices, and services may have a different effect on persons with disabilities than on other persons, treating persons with disabilities exactly the same as others will sometimes deny persons with disabilities an equal opportunity to enjoy a dwelling or participate in the program. Not all persons with disabilities will have a need to request a reasonable accommodation. However, all persons with disabilities have a right to request or be provided a reasonable accommodation at any time.

https://www.hud.gov/program_offices/fair_housing_equal_opp/reasonable_accommodations_and_modifications#:~:text=
Reasonable%20Accommodations-,A%20reasonable%20accommodation%20is%20a%
20change%2C%20exception%2C%20or%20adjustment%20to,to%20fulfill%20their%20program%20obligations.

I am asking for a reasonable accommodation I sent a plethora of emails from Equity after I spoke with you as well. It is rather concerning and disappointing to me that even after all those emails you have doubled down on what you all "allow." Which tells me that perhaps nobody even tried to reach out to properties to assist me in getting this accommodation.

It's not about allowing. It's about a reasonable accommodation. How can you deny a reasonable accommodation to a disabled person or any other protected class? Par for the course..it seems.

Bozzuto should serve as a responsible lawful intermediary between their residents and other properties. You alls business transactions and ownership should not be a barrier to residents who already had agreements with Equity...particularly existing residents of Bozzuto managed properties who have the same plight.

But as I said...the double down is astounding. I was hoping for a positive response. I will not allow my family to continue to be disenfranchised by discriminatory policies...and will continue to challenge this. It also would've been helpful to know this prior to today so I could've advocated for my family sooner. However....may the odds be somehow in my favor.

Everyone has suddenly turned into Stevie Wonder and can't see that what they are doing isn't legal. Unfortunate. Godspeed.


Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526


"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~



On Wed, Jan 22, 2025 at 1:56 PM Caitland Roberts <Croberts@bozzuto.com> wrote:

Hi Ms. Stracco,


I apologize for the delay in getting back to you, all of the backup you provided was sent to our legal counsel for advisement.   Coincidentally, they did reach out today and have some follow up questions that we are connecting on tomorrow to discuss.  I hope to have more information for you before the end of the day tomorrow.

If you are interested in moving out of the community prior to or on the lease expiration date in March, we highly recommend you provide us with written notice to vacate and a date that you will be vacated from the home. We are willing to work with you on waiving the notice requirement of 60 days and the lease termination penalties provided the situation you are facing. As I stated on the phone Bozzuto does not allow residents to transfer from one community to the next, as all our communities are owned by different ownership, and require a new credit and criminal background screening to be accepted into any Bozzuto community. We typically do not have the ability to waive a credit screening, if you do apply for any other community (Bozzuto or otherwise). I hope this helps in the short term, and I will follow up as soon as I speak to our legal team.

Thank you,

**Caitland Roberts**

Regional Vice President

6406 Ivy Lane | Suite 700 | Greenbelt, MD 20770

(O) 301.446.2268 | (C) 571.239.5892 | bozzuto.com



NATIONALLY CERTIFIED AS A GREAT PLACE TO WORK®

NAMED A TOP WORKPLACE BY THE WASHINGTON POST NINE YEARS IN A ROW

**From:** K S <kerby.stracco@gmail.com>
**Sent:** Wednesday, January 22, 2025 1:23 PM
**To:** Caitland Roberts <Croberts@bozzuto.com>
**Cc:** Temple Evans <tevans@friendshipplace.org>; Jean-Michel Giraud <jgiraud@friendshipplace.org>; Cornelia Kent <ckent@friendshipplace.org>; Matthew Young <Matthew.Young@bozzuto.com>; Anderson, Lea <Lea.Anderson@va.gov>; Sheetz, Rebecca L. <Rebecca.sheetz@va.gov>; Potluri, Vamsee <vamsee.potluri@va.gov>; Frazier, Heather D. (she/her/hers) <Heather.Frazier3@va.gov>; Turner, Melissa (she/her/hers) <melissa.turner@va.gov>; Hobes, Sahirah A. (VACO) <sahirah.hobes@va.gov>
**Subject:** Re: Reasonable Accommodation Completed

One other concern to add is this: If the accommodations were responded to and granted in a timely manner we could've been out of here mid January.

I have separate issues with Friendship Place that have nothing to with you all.

However...they have elected to only provide time limited rental assistance and moving assistance with strict instructions on how they use their funding. My issue not yours.

Although the rent for January would've been still owed had I been granted the transfer, I could've possibly positioned the move for the Dec 31 in an effort to retain the left over rental assistance. You all did have three bedrooms at other properties at that time.

And we could've come up with an amicable plan in an effort to reduce injury to my family.

As it stands rent is being paid for a unit that is not habitable for a disabled person nor five children. Which disenfranchises my family.

Even if you all grant the accommodations to break the lease or grant the transfer, my rental assistance will have run out and you all would still benefit from the delay. It's almost the end of January.

As stated before there is enough blame to go around regarding Friendship Place,  Bozutto and Equity Residential.

But the lack of congruent communication from your office, and then completely ignoring my email on or around Dec 18th, 2024 did not help matters. At any rate. Please assist soonest. Godspeed.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526

"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~

On Wed, Jan 22, 2025 at 1:01 PM K S <kerby.stracco@gmail.com> wrote:

Hi Ms. Robert's,

I have not heard anything from your offices nor has anyone contacted Temple Evans. Our situation continues to become exponentially worse since initial out reach to your office on or before Dec 18, 2024.

It is now January 22nd 2025. Our lease ends March 30th, 2025. I have five children under 11 with various pending medical conditions that need care and surgery. My husband's condition continues to ebb, flow and worsen. He has fallen down the steps multiple times. I myself have medical needs that need to met as a veteran myself who has medical conditions that I do not wish to speak on at this time...although it is heavily documented.

This apartment is only a two bedroom.

I recognize you all had no control over a business transaction that resulted in the takeover of the current property... however the conditions of the apartment as well as the lack of accessibility is causing issues for my family. The lack of communication is causing worsening issues for my family as well.

I have to find a place that is HUD/VASH approved in order for Friendship Place to assist with first and last month's rent. It's what you all would call a voucher but aimed at providing one specifically for veterans who suffer from housing instability.

I cannot proceed with the medical treatments for my husband nor my children without housing stability. I cannot proceed with my own medical treatments as the primary caretaker in the home if my housing isn't stable.

 The stability of Military service members, veterans and their children is vital as we are a high risk community due to invisible and visible wounds of war and various degrees of military service. We are underserved and do not have access to other sources of advocacy or intervention. Please understand this.

Active Duty Service Members are covered by SCRA as well as other protections to keep them housed and more. Veterans lose that protection despite their need for support. I would've hoped despite this being a cooperate business, they would provide the much needed accommodations in a timely manner, in an effort to support a population that is often overlooked but politicized.

A delay is a denial. A delay causes worsening health conditions.

You all have properties in DC however your website is fairly difficult to navigate. There are other factors that are out of your control as well...however the review of the accommodations is in you alls control.

A change in administration doesn't mean a change in the quality of services nor denial in the rights to fair and equal access to housing. This is causing great distress to my family. Please advise Soonest. Godspeed.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526

"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~

---------- Forwarded message ---------
From: **Caitland Roberts** <Croberts@bozzuto.com>
Date: Fri, Jan 10, 2025 at 8:59 AM
Subject: RE: Reasonable Accommodation Completed
To: K S <kerby.stracco@gmail.com>
CC: Town Square at Mark Center <TownSquare@bozzuto.com>, Matthew Young <Matthew.Young@bozzuto.com>


Hi Kerby,


Thank you again for chatting with me and sending over the backup as requested. I have read through everything you've provided and have submitted to our legal team for further guidance on how to proceed with the accommodations. I hope to have a response tomorrow and will keep you updated as I hear back.


Meanwhile, the team has been in touch with The Friendship Place to complete the paperwork so we can move forward with the assistance for the January rent amount. We acknowledge that as of 12/31/2024, your account was at a zero balance so we will ensure that any further legal proceedings for the rent will be cancelled.


Please let us know if you have any questions but I will follow up as soon as I have more information for you.


Thank you,


**Caitland Roberts**

Regional Vice President

6406 Ivy Lane | Suite 700 | Greenbelt, MD 20770

(O) 301.446.2268 | (C) 571.239.5892 | bozzuto.com

 Gmail

---

## Fwd: Recommendations

**K S** <kerby.stracco@gmail.com>                                         Thu, Jan 9 at 9:11 AM
To: <Croberts@bozzuto.com>


Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526


"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~


---------- Forwarded message ---------
From: **K S** <kerby.stracco@gmail.com>
Date: Tue, Jan 31, 2023 at 10:22 PM
Subject: Fwd: Recommendations
To: Tiana Moore <tmoore@eqr.com>
CC: Lohri, Michael E. <Michael.Lohri@va.gov>, Lupus ... ... ... ... Dei 🦋 🦋 🦋 <anthony.stracco@gmail.com>

Hi Tiana. Please see attached recommendations regarding Anthony's health. This is not an exhaustive list of Anthony's health issues nor needs.

Anthony would benefit from being in an environment that would allow him to have easy access to grocery stores, his medical care ect. The current property although it's beautiful, isn't able to accommodate not only Anthony's physical needs but his rehabilitation needs. You have properties where I can walk with him to grocery stores to aid in his independence and rehabilitation.

Anthony has also been recommended to pool therapy for his muscular weakness and pain. Equity Residential has one property in Washington DC that has an indoor pool. As he declines physically and cognitively, his medical accommodation needs increase. Anthony needs to be afforded his best shot at rehabilitating as it's crucial due to his young age.

I know I've shared and I hope you all have clear picture and I hope this is reasonable enough for you all to accommodate.

Although this is time sensitive I am hoping to visit more equity properties tomorrow, however I don't want my husband nor my family to be judged or refused residency in the process. I contacted a few properties as instructed however...they weren't to helpful with the exception the The Alban and the other property in National Landing. Please tell me best how to approach this. I know you are busy and I would appreciate any assistance you can offer during this very difficult time for our family. I appreciate you. Regards.

---------- Forwarded message ---------
From: **D S** <anthony.stracco@gmail.com>
Date: Tue, Jan 31, 2023 at 10:09 PM
Subject: Fwd: Recommendations
To: Kerby Stracco <kerby.stracco@gmail.com>


---------- Forwarded message ---------

IADLs/Important:

- It is highly recommended that he continue to undergo a full medical workup to determine the cause of his increased CSF pressure, autonomic dysfunction, and chronic pain/migraines, obtain updated brain imaging, and continue to work with a psychotherapist for anxiety, depressed mood, and insomnia, as well as continued migraine and pain management and return for a neuropsychological re-evaluation in 6-18 months.
- Consider a physical therapy or occupational therapy evaluation to assist with pain management.
- Consider undergoing a vision therapy evaluation for self-reported vision difficulty.
- Assistance with ADLs as needed.
- Not currently safe to drive due to severe migraines and chronic pain, leading to significant inattention and slowed processing speed.
- Not able to engage in IADLs (such as medication or financial management or cooking) due to severe migraines and chronic pain, impacting his abilities on a daily basis.
- Ensure that Vitamin D levels are at a proper level.
- Assistance with decision-making, as needed.
- Consider using a wheelchair when out in public when you need to go for longer distances, due to chronic pain and migraines.


Cognition:

- Speech therapy, if able to tolerate sessions.
- Assistance with tools and devices, as needed.
- Redirection as needed. Assistance to remain on task, when it is important that he do so.
- Repetition of information.
- Provide him with one simple instruction at a time.
- Others should clarify information when they speak to him.

- Memory notebooks can also be used as memory aides.
- Repetition, structure and routine are known to help with memory retrieval, and can maximize current cognitive abilities.
- Engage in one task at a time, limiting multitasking.
- Limit distraction (e.g. clutter free, quiet work environment).
- Engage in challenging tasks at most alert/affective time during the day.
- Check work frequently.
- Allow extra time to complete tasks or express thoughts.


Mood:

- If tolerated, he would benefit from more intensive or more frequent psychotherapy, due to severely anxious and depressed mood.

- Additional medication management for mood.

Chronic Pain:

- Migraine and chronic pain diary.
- Energy conservation. Activity pacing.

Sleep:

- Sleep hygiene. Minimize daytime sleep and naps as much as possible. Try to rest instead, if tolerable.
- Medication management for sleep, if appropriate.

Other:

- Speak with your doctor to ensure that you are obtaining enough nutrition daily.

Jessica Temple, PsyD, ABPP-CN
Clinical Neuropsychologist
[Quoted text hidden]
activity pacing handout.docx, CHB_My_Headache_Diary(1).pdf, Energy Conservation1.pdf, Local Speech Therapists.docx, memory notebook regular.docx, Sleep Hygeine Handout for Clients.pdf

 Gmail

---

## RE: Reasonable Accommodation Completed

---

**Caitland Roberts** <Croberts@bozzuto.com>                                        Fri, Jan 10 at 8:59 AM
To: K S <kerby.stracco@gmail.com>
Cc: Town Square at Mark Center <TownSquare@bozzuto.com>, Matthew Young <Matthew.Young@bozzuto.com>

Hi Kerby,


Thank you again for chatting with me and sending over the backup as requested. I have read through everything you've provided and have submitted to our legal team for further guidance on how to proceed with the accommodations. I hope to have a response tomorrow and will keep you updated as I hear back.


Meanwhile, the team has been in touch with The Friendship Place to complete the paperwork so we can move forward with the assistance for the January rent amount. We acknowledge that as of 12/31/2024, your account was at a zero balance so we will ensure that any further legal proceedings for the rent will be cancelled.


Please let us know if you have any questions but I will follow up as soon as I have more information for you.


Thank you,


**Caitland Roberts**

Regional Vice President

6406 Ivy Lane | Suite 700 | Greenbelt, MD 20770

(O) 301.446.2268 | (C) 571.239.5892 | bozzuto.com




NATIONALLY CERTIFIED AS A GREAT PLACE TO WORK®

NAMED A TOP WORKPLACE BY THE WASHINGTON POST NINE YEARS IN A ROW



**From:** K S <kerby.stracco@gmail.com>
**Sent:** Thursday, January 9, 2025 10:01 AM
**To:** Caitland Roberts <Croberts@bozzuto.com>; Town Square at Mark Center

**Subject:** Fwd: Reasonable Accommodation Completed

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526


"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans – to you and your families – is a sacred trust." ~Barack Obama~


---------- Forwarded message ---------
From: **K S** <kerby.stracco@gmail.com>
Date: Fri, Nov 22, 2024 at 10:58 AM
Subject: Reasonable Accommodation Completed
To: Tiana M. <tianam@eqr.com>, Tiana Moore <tmoore@eqr.com>, Nicolas Guerrero <nguerrero@eqr.com>, Anderson, Lea <Lea.Anderson@va.gov>


Hi Tiana,

    Hope you all are well. Please see attached. I'll have to come in and sign it because the document cannot be modified since the doctor signed it. Thank you.


Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526


"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."


---------- Forwarded message ---------
From: **K S** <kerby.stracco@gmail.com>
Date: Fri, Nov 22, 2024 at 10:55 AM
Subject:
To: K S <kerby.stracco@gmail.com>

**SUMMONS FOR UNLAWFUL DETAINER (CIVIL CLAIM FOR EVICTION)**
Commonwealth of Virginia ............................................................. VA. CODE § 8.01-126

| | | |
|---|---|---|
| ALEXANDRIA | | **HEARING DATE AND TIME** |

ALEXANDRIA ........................................................... General District Court
**CITY OR COUNTY**

520 King Street, Second Floor, PO Box 320489, Alexandria, VA 22320-4489
**STREET ADDRESS OF COURT**

TO ANY AUTHORIZED OFFICER: Summon the Defendant(s) as provided below:
TO THE DEFENDANT(S): You need to come to this Court on
January 28, 2025 at  2:30PM
............................................................ to answer this civil claim for eviction.
**RETURN DATE AND TIME**

.........................................................
**DATE ISSUED**          [ ] CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE

**CLAIM AND AFFIDAVIT:** Defendant(s) unlawfully detains and withholds from Plaintiff(s):
1460 North Highview Lane , Alexandria VA 22311
**ADDRESS/DESCRIPTION OF DETAINED PROPERTY**
and Defendant should be removed from possession of the property (evicted) because of:
☒ unpaid rent ☒ Unlawfully Detaining the Unit
Plaintiff states that rent is due and not paid and damages have been incurred as follows:
$ 10491.41 ........... rent due for  09/01/2024 - 12/31/2024 .... and $ 598.60 .............. late fee
**RENT**                        **PERIOD**
and $ ................... damages for ....See Affidavit and Statement for Additional Rent Owed through Return Date... with interest
**RATE(S) AND BEGINNING DATE(S)**
and $ 79.00 ...................................... costs and $ ............... civil recovery and $ 160.00 .......... attorney's fees.
☒ Plaintiff asks for judgment for all amounts due as of the hearing date. ☒ If Defendant makes no
payments before that date, the approximate amount Defendant may owe on that date will be 14603.92
[ ] This summons is filed to end a tenancy not governed by the Virginia Residential Landlord and Tenant
Act, § 55.1-1200 *et seq.* of the Code of Virginia.
All required notices have been given. I state under penalty of perjury that the foregoing is true and correct.

[ ] PLAINTIFF(S)  [☒] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S AGENT          12/18/2024
                                                    **DATE**

**CASE DISPOSITION**
[ ] JUDGMENT that Plaintiff(s) recover against  { [ ] ........................ }
                                                { [ ] named DEFENDANT(S). }
[ ] possession of the premises described above pursuant to § 8.01-128.
[ ] A hearing will be held on ................................................ to decide final rent and damages.
                                              **DATE AND TIME**
[ ] Immediate writ of eviction [ ] ordered pursuant to Va. Code § 8.01-129 upon request of Plaintiff.
                                 [ ] granted pursuant to Va. Code § 55.1-1250(C).
DEFENDANT(S) PRESENT? [ ] YES [ ] NO

.........................................................          .........................................................
**DATE**                                                    **JUDGE**
[ ] Rent, in the sum of $ ............................... and $ ................................. late fee
and $ ................................. damages with interest .......................................... and
                                                 **RATE(S) AND BEGINNING DATE(S)**
$ ..................... costs and $ ..................... civil recovery and $ ..................... attorney's fees
[ ] and $ ......................... costs for Servicemembers Civil Relief Act counsel fees.
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR  [ ] NAMED DEFENDANT(S) [ ]  ..............................
  $ ........................... costs and $ ........................... attorney fees
  awarded to Defendant(s) .........................................................
[ ] NON-SUIT* [ ] DISMISSED*    DEFENDANT(S) PRESENT? [ ] YES [ ] NO

.........................................................          .........................................................
**DATE**                                                    **JUDGE**

FORM DC-421 FRONT 07/24

---

**CASE NO.** ....................................................

Equity Residential Management, LLC TA Town Square at Mark Center
**PLAINTIFF(S) NAME(S) (LAST, FIRST, MIDDLE)**
1459 North Beauregard St
**ADDRESS**
Alexandria, VA  22311
..........................................................
..........................................................
**TELEPHONE NUMBER**
v.
KERBY STRACCO, ANTHONY STRACCO
**DEFENDANT(S) NAME(S) (LAST, FIRST, MIDDLE)**
1460 North Highview Lane
**ADDRESS**
Alexandria, VA  22311
..........................................................
**TELEPHONE NUMBER**

**TO DEFENDANT:** You are not required to come to
court; however, if you do not come to court, judgment
may be entered against you and you may be evicted.  See
information on the reverse about your right to prevent
this unlawful detainer action by paying the money owed.

[ ] If you disagree with this case, you **must** come to
court on the RETURN DATE to try this case.
[☒] If you disagree with this case, you **must** come to
court on the RETURN DATE for the judge to set
another date for the trial.

If you do not come to court and a judgment is entered
against you, a writ of eviction may be issued
immediately to give possession of the property to the
Plaintiff.

Bill of Particulars ordered ..........................................
                                              **DUE DATE**

Grounds of Defense ordered ..........................................
                                              **DUE DATE**

**ATTORNEY FOR PLAINTIFF(S)**
Kyle J. Koppenhaver 94846    SHULMAN ROGERS, P.A.
12505 Park Potomac Ave, 6th Fl,
Potomac, MD  20854      (301) 945-9252
                                              **TELEPHONE NUMBER**
**ATTORNEY FOR DEFENDANT(S)**
..........................................................
..........................................................
..........................................................
                                              **TELEPHONE NUMBER**

**DISABILITY ACCOMMODATIONS** for loss of
vision, hearing, mobility, etc.  Contact the court ahead of
time.

---

**HEARING DATE AND TIME**

January 28, 2025 at  2:30PM
.........................................................
.........................................................
.........................................................
.........................................................
.........................................................

[ ] Redemption tender
   presented;  continued to:
.........................................................
**HEARING DATE AND TIME**

[ ] Defendant must pay:
$ .........................................................
**RENT OWED**
into the court to be held in
escrow by
.........................................................
**DATE**
and any rents coming due prior
to the next hearing date must
also be paid into the court.

.........................................................
**JUDGE'S INITIALS**

MONEY JUDGMENT PAID OR
SATISFIED PURSUANT TO
ATTACHED NOTICE OF
SATISFACTION

.........................................................
**DATE**

.........................................................
**CLERK**

*This case shall be expunged
30 days after dismissal or six
months after nonsuit, if an
order of possession was not
entered, pursuant to Va.
Code § 8.01-130.01.

**To the Defendant(s):**

(1) The preferred place for an Unlawful Detainer (Civil Claim for Eviction) to be filed is the city or county where the property is located. If the plaintiff has filed this case in a city or county that is not where the property you rent is located, you may object to the location. The court may move the case to the preferred place, if the court agrees with you. The court may order the Plaintiff to pay you costs and attorney's fees if the court agrees with your objection. To object to where the case was filed, you must:

- Tell the court in writing that you do not agree with the place where the case was filed. Include in what you write (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the left column under the words "TO THE DEFENDANT(S)," (c) Plaintiff(s)' name(s) and your name(s), (d) "I move to object to venue of this case in this court because" and give the reasons for your objection and also say in which city or county the case should be tried, and (e) your signature and mailing address.
- File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to the plaintiff.
- If you mail your written request to the court, the clerk will tell you the judge's decision.

(2) If this case involves a lease for a property that is lived in and the only reason on this Summons for the entry of an order of possession is that you did not pay the rent, then you, or someone on your behalf, may pay the landlord or the landlord's attorney or pay into court all (i) rent due and not paid as of the court date as included in the rental agreement, (ii) other charges and fees as included in the rental agreement, (iii) late charges included in the rental agreement and as provided by law, (iv) reasonable attorney fees as included in the rental agreement or as provided by law, and (v) costs of the proceeding as provided by law, and if you pay everything that you owe, this unlawful detainer action will be dismissed pursuant to Virginia Code § 55.1-1250.

(3) If you tell your landlord that you want another person to receive a copy of this summons, the landlord must send a copy to that person. However, that person will not, by getting a copy of the summons, become a party to the case or be able to challenge the landlord's actions for you. Virginia Code § 55.1-1209.

(4) Pursuant to Virginia Code § 18.2-465.1, it is against the law for your employer to fire you from your job or take any negative personnel action against you if you were absent from your job because you had to come to court for a hearing on this Summons, as long as you gave reasonable notice of the hearing to your employer.

I certify that I mailed a copy of this document to the defendants named therein at the address show therein on

12/18/2024
DATE

[ ] PLAINTIFF  [ ] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S AGENT

Fi. Fa. issued on .......................................................................

Interrogatories issued on ..........................................................

Garnishment issued on ..............................................................

FORM DC-421 REVERSE 07/23

**RETURNS:** Each defendant was served according to law, as indicated below, unless not found.

Name  KERBY STRACCO

Address .................................................
1460 North Highview Lane
.................................................
Alexandria, VA  22311

[ ] Personal Service        Tel. No. ..................................

[ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on the Secretary of the Commonwealth

[ ] Not found  ————————————————
SERVING OFFICER

......................... for _____
DATE

Name  ANTHONY STRACCO

Address .................................................
1460 North Highview Lane
.................................................
Alexandria, VA  22311

[ ] Personal Service        Tel. No. ..................................

[ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on the Secretary of the Commonwealth

[ ] Not found  ————————————————
SERVING OFFICER

......................... for _____
DATE

# VIRGINIA:

## IN THE GENERAL DISTRICT COURT FOR ALEXANDRIA

| | | |
|---|---|---|
| Equity Residential Management, LLC TA Town Square at Mark Center | ) | Case No. |
| | ) | |
| Plaintiff, | ) | Trial Date: 01/28/2025 |
| v. | ) | |
| KERBY STRACCO, ANTHONY STRACCO | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT AND STATEMENT OF ACCOUNT

THIS DAY, Kyle J. Koppenhaver, the attorney and agent for the Plaintiff, Equity Residential Management, LLC TA Town Square at Mark Center states that to the best of his knowledge, information and belief the following are true and correct: the amount of the claim embodied in the summons for Unlawful Detainer (the "U.D. Summons") filed herewith is broken down and set forth below; such amount is justly due by the Defendant(s) pursuant to a contract that is a residential lease agreement; interest thereupon is being claimed at the judgment rate from date of judgment; the applicable Notice to Pay or Vacate, and/or Notice of Termination was served upon the Defendant(s) on the date and in the manner stated in said notice, and a copy thereof was attached to and filed with the Summons for Unlawful Detainer to be served upon the Defendant(s); the Defendant(s) failed to pay the full amounts stated in the notice, or vacate the Detained Property within the notice period; the undersigned has determined that after investigation and pursuant to the provisions of the Servicemembers' Civil Relief Act (SCRA), the Defendant(s) is not a member of the military service of the United State Army, Navy, Marine Corps, Air Force, or Coast Guard, nor officers of the Public Health Service detailed by authority for duty either by the Army or the Navy; if Plaintiff has an original written lease signed by Defendant(s), Plaintiff shall provide such lease to the court upon final disposition of this case; if a written lease is provided to the court, Plaintiff may recover attorneys fees pursuant to the highlighted provision therein, which fees in this matter shall be not less than $160.00 through the Return Date; if Plaintiff cannot locate an original lease, the Defendant(s) reside(s) at the Detained property pursuant to an oral lease; and, based upon the foregoing and the following break-down and calculation of amounts owed, Plaintiff is entitled to and hereby requests judgment for immediate possession of the Detained Property and money judgment in the amount described herein.

| | | |
|---|---|---|
| Rent and all other expenses past due under the subject lease through  December 2024 | $ | 10491.41 |
| Late fee | $ | 598.60 |
| Future Base Rent through return date | $ | 2918.00 |
| Future Late fee through return date | $ | 291.80 |
| Additional Rent for set monthly charges (parking, utilities, etc. as applicable) | $ | 304.11 |
| Additional Rent for variable/utilities charges | $ | TBD |
| **TOTAL** | $ | 14603.92 |

Plus any additional Rental Charges that may become due through entry of judgment.

I declare under penalty of perjury that the above is true and correct pursuant to § 8.01-4.3 of the Code of Virginia.

_____

Kyle J. Koppenhaver

**FIVE-DAY NOTICE TO PAY OR QUIT**
(Virginia Only)

Date:     11/6/2024

TO:   Kerby Stracco
      Anthony Stracco
      1460 North Highview Lane
      Alexandria, VA  22311

Dear Resident(s),

You are hereby notified that you are in default of your lease due to your failure to pay rent, late fees, additional rent and/or any other monies owing under your lease in the total amount of $7733.90 as itemized below:

| | | |
|---|---|---|
| October | Rent Due | $2,918.00 |
| November | Rent Due | $2,918.00 |
| | Late Fees | 598.60 |
| | Other damages or fees (including Utilities) | 1,299.30 |
| | **Total Due** | **$7,733.90** |

Please make your check(s) payable to Town Square at Mark Center. The payment of all sums due shall be remitted to the rental office and must be in the form of a MONEY ORDER or CASHIER'S CHECK. Personal checks will not be accepted.

You have five (5) days from the date of service of this notice to vacate the premises or pay the total amount of rent listed above.  If you fail to pay in full or to quit (vacate) your apartment within five (5) days of service of this notice, your tenancy may be terminated and an unlawful detainer action will be filed against you to recover possession of the apartment.  In addition, we will request a judgment for all unpaid rent, additional rent, and any other fees authorized under your lease and Virginia law, including court costs and attorney's fees.

In the event you make any payment(s) in any amount after the expiration of the five (5) day period, your payment will be accepted with full reservation of our right to seek posession of your apartment in accordance with §55.1-1250 of the Virginia Code. However, full payment of all amounts you owe the landlord, including all rent as contracted for in the rental agreement that is owed to the landlord as of the date payment is made, as well as any damages, money judgment, award of attorney fees, and court costs made at least 48 hours before the scheduled eviction will cause the eviction to be canceled, unless there are bases for the entry of an order of possession other than nonpayment of rent stated in the unlawful detainer action filed by the landlord.  Additionally, pursuant to §55.1-1254 of the Virginia Code, if you vacate and any items of personal property remain in the apartment or in any storage area after 24 hours, we will consider such property abandoned, and we may dispose of the property without further notice to you. If you are in active service in the U.S. Military, please contact our office immediately so we can update our records.

(Section 8/subsidized tenants only - remove otherwise): Legal assistance may be available to you by contacting Virginia Legal Aid at 1-866-LEGLAID, https://www.valegalaid.org/.

## MILITARY STATUS AFFIRMATION

I affirm under oath the following regarding the military service of the Tenant(s):

[ ] Tenant(s) is/are in the active service of the United States Military

[ ] Tenant(s) is/are NOT in active service of the United States Military.  This assertion is verified through the Department of Defense Manpower Data center.

[✓] Tenant(s) is/are NOT in active service of the United States Military.  This assertion is supported by the following facts: (i) Tenant(s) did not identify the United States Military as their employer in the lease application or subsequently notify Landlord of their active military status; (ii) subsequent to executing their lease, Tenant(s) has not provided any information to cause Landlord to believe Tenant is in the  active service of the United States Military; and/or (iii) other: _____

## CERTIFICATE OF SERVICE

I certify that this Notice was served as follows:

[ ] PERSONAL SERVICE (handed to the tenant); or

Being unable to personally serve, a copy was delivered in the following manner:
[ ] Delivered to a family member age 16 or older.  List name, age of recipient, and relation of recipient to party named above:
_____

[✓] Posted on front door or such other door as appears to be the main entrance of the leased premises. A copy was also sent by regular mail.
[ ] _____

11 / 7 / 24
_____
Date of Service

_____
Signature

Nicolas Guerrero
_____
Printed Name of Person Making Service

©Equity Residential 2022.  All Rights Reserved.

 Gmail

## K. Stracco Rental Arrears Payment

**Temple Evans** <tevans@friendshipplace.org>                                              Wed, Jan 8 at 10:59 AM
To: Town Square at Mark Center <townsquare@bozzuto.com>, Matthew Young <Matthew.Young@bozzuto.com>
Cc: Townsquare at Mark Center <townsquare@eqr.com>, K S <kerby.stracco@gmail.com>

Good Morning,

Please see the attached documentation for proof of payment of The Stracco household's rental arrears paid by Friendship Place. Mrs. Stracco has reported she received a notice to appear in court for an eviction due to non-payment of rent. The arrears were paid by hand delivered check in person to the Regional Leasing Manager and attached is confirmation of these checks being deposited.

Please share an update regarding this as the Straccos housing is at risk.

Best,

Temple Evans
*(she/her)*
Housing Navigator
Veteran Services Division
Office: 202-248-2801
Mobile: 771-200-7103
Screening Line: 202-658-9599
Fax: 202-248-2874

🔲

FriendshipPlace.org

🔲    🔲    🔲    🔲

**DONATE NOW  -  SUPPLY AN ESSENTIAL**
**United Way #8299 CFC #37588**

Note: Privileged/Confidential information may be contained in this message and may be subject to legal privilege. Access to this e-mail by anyone other than the intended is unauthorized. If you are not the intended recipient (or responsible for delivery of the message to such person), you may not use, copy, distribute or deliver to anyone this message (or any part of its contents) or take any action in reliance on it. In such case, you should destroy this message, and notify us immediately.



#6741 PNC Online Banking.pdf, #6740 PNC Online Banking.pdf

⊙PNC *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 12/23/2024 | Check 6741 | $9,939.90 | XXXXXX0178 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.





© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

PNC *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 12/23/2024 | Check 6740 | $1,449.41 | XXXXXX0178 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**FRIENDSHIP PLACE**
4713 WISCONSIN AVE NW
WASHINGTON, DC 20016
202-364-1419
www.friendshipplace.org

6740
16-3/540

PNC BANK
WASHINGTON, DS 20015

12/17/2024    6740

PAY TO THE
ORDER OF   EQR Townsquare at Milbrook LLC                    $ **$1,449.41

one thousand four hundred forty-nine and 41/100************************************************************    DOLLARS

EQR Townsquare at Milbrook LLC
2 North Riverside Plaza
Chicago, IL 60606

MEMO Utilities - Kerby Stracco   1460        AUTHORIZED SIGNATURE

⑈006740⑈ ⑆054000030⑆ 530316017 8⑈



BOA GC:2951011646 CashID:761 Date:12/23/24 Seq#:0002
CorrelationID:894\1223163900 DeviceID:DVA03489 Trans#:3374
I TPS:ATI EFT

© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

 Gmail

---

## Re: Rental Status

---

**Brenda Ashton** &lt;bashton@eqr.com&gt;                                              Wed, Dec 11, 2024 at 11:51 AM
To: Temple Evans &lt;tevans@friendshipplace.org&gt;
Cc: K S &lt;kerby.stracco@gmail.com&gt;, Townsquare at Mark Center &lt;townsquare@eqr.com&gt;, Angelina Flores Martinez &lt;afloresmartinez@eqr.com&gt;, Nicolas Guerrero &lt;nguerrero@eqr.com&gt;

Good morning Kerby,


Please see the completed document attached.

Kind regards,

**Brenda Ashton**
Leasing Consultant


**Town Square at Mark Center**  (703) 578-7800

Equity Residential    [glassdoor.com]    [linkedin.com]    [instagram.com]    [facebook.com]


On Wed, Dec 11, 2024 at 11:47 AM Temple Evans &lt;tevans@friendshipplace.org&gt; wrote:

> **This Message Is From an External Sender**
> This message came from outside your organization.
>
> Hello,
>
> I am working with Mrs. Stracco to cover the past due rental arrears owed to your complex. Our organization can cover these fees for her and issue a payment to you all on her behalf via certified business check or possibly online payment. However, we do need to see a fully updated ledger document as well as the breakdown of fees due each month (ie. Utilities and parking fees) so we can accurately calculate her payment allowance.
>
> Please work with us to gain access to the online portal or provide the ledger documents so we can quickly assist the Stracco household in remaining housed.
>
> Thanks,
>
> Temple Evans
> *(she/her)*
> Housing Navigator
> **Veteran Services Division**
> Office: 202-248-2801
> Mobile: 771-200-7103

FriendshipPlace.org [friendshipplace.org]

 [facebook.com]    [twitter.com]    [instagram.com]    [linkedin.com]

**DONATE NOW [friendshipplace.org]  -  SUPPLY AN ESSENTIAL [friendshipplace.org]
United Way #8299 CFC #37588**

Note: Privileged/Confidential information may be contained in this message and may be subject to legal privilege. Access to this e-mail by anyone other than the intended is unauthorized. If you are not the intended recipient (or responsible for delivery of the message to such person), you may not use, copy, distribute or deliver to anyone this message (or any part of its contents) or take any action in reliance on it. In such case, you should destroy this message, and notify us immediately.

---

**From:** Brenda Ashton <bashton@eqr.com>
**Sent:** Wednesday, December 11, 2024 11:39 AM
**To:** K S <kerby.stracco@gmail.com>
**Cc:** Temple Evans <tevans@friendshipplace.org>; Townsquare at Mark Center <townsquare@eqr.com>; Angelina Flores Martinez <afloresmartinez@eqr.com>; Nicolas Guerrero <nguerrero@eqr.com>
**Subject:** Re: Rental Status

You don't often get email from bashton@eqr.com. Learn why this is important [aka.ms]

Hi Kerby,


Please bring a cashiers check or money order.   The system is down.

Kind regards,

**Brenda Ashton**
Leasing Consultant


**Town Square at Mark Center**  (703) 578-7800

Equity Residential    [glassdoor.com]    [linkedin.com]    [instagram.com]    [facebook.com]

On Wed, Dec 11, 2024 at 11:27 AM K S <kerby.stracco@gmail.com> wrote:

**This Message Is From an External Sender**
This message came from outside your organization.

Hey Ms Brenda I am locked out of my account and Frienship place is trying to pay the rent please help thanks

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526

"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~

On Tue, Dec 10, 2024 at 5:10 PM Brenda Ashton <bashton@eqr.com> wrote:
Hi Kerby,

Thanks.

**Brenda Ashton**
Leasing Consultant

**Town Square at Mark Center**  (703) 578-7800

Equity Residential    [glassdoor.com]    [linkedin.com]    [instagram.com]    [facebook.com]

On Tue, Dec 10, 2024 at 5:08 PM K S <kerby.stracco@gmail.com> wrote:

**This Message Is From an External Sender**
This message came from outside your organization.

Hey Ms. Brenda it's in the email traffic

Temple Evan's thank you so much

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526

"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~

On Tue, Dec 10, 2024 at 5:04 PM Brenda Ashton <bashton@eqr.com> wrote:

Good evening Kerby,

Please provide a document with the organization's name and the person that is requesting the information.

Kind regards,

**Brenda Ashton**
Leasing Consultant

**Town Square at Mark Center**  (703) 578-7800

Equity Residential    [glassdoor.com]    [linkedin.com]    [instagram.com]    [facebook.com]

On Tue, Dec 10, 2024 at 1:42 PM K S <kerby.stracco@gmail.com> wrote:

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Angelina and Brenda,
    I hope you are well. Can you all please get the office to fill this out so the rent can be paid? If they want the check dropped off it can happen.

If they don't want it they can ask for it to be paid VIA credit. Just please let me know. Thank you.

Please see traffic below

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526

"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust."
~Barack Obama~

---------- Forwarded message ---------
From: **Temple Evans** <tevans@friendshipplace.org>
Date: Mon, Dec 9, 2024 at 4:32 PM
Subject: Re: Rental Status
To: K S <kerby.stracco@gmail.com>, tianam@eqr.com <tianam@eqr.com>, tmoore@eqr.com <tmoore@eqr.com>
CC: Nicolas Guerrero <nguerrero@eqr.com>

Good Afternoon,

My name is Temple Evans, and I am a Housing Navigator from the non-profit organization Friendship Place. I am currently working with the Stracco household to stabilize their housing by providing assistance in covering their rental arrears for the months of October, November and December.

If you could please complete the attached document stating the months the rental arrears are owed, as well as the rent pricing, we can assist with the payment of these items. If there is an updated ledger also showing any late fees associated with the month of December, please include as we will cover these fees as well.

\*\*\*Our normal method of rental payment is processed as check delivered via mail or in person drop off. If these methods do not work for you, please let me know.\*\*\*

Thanks so much and I look forward to working with you all to keep the Stracco family housed.

Best Regards,

Temple Evans
*(she/her)*
Housing Navigator
**Veteran Services Division**
Office: 202-248-2801
Mobile: 771-200-7103
Screening Line: 202-658-9599
Fax: 202-248-2874



FriendshipPlace.org [friendshipplace.org]

  

[facebook.com]   [twitter.com]   [instagram.com]



[linkedin.com]

**DONATE NOW [friendshipplace.org]  -  SUPPLY AN ESSENTIAL [friendshipplace.org]**
**United Way #8299 CFC #37588**

Note: Privileged/Confidential information may be contained in this message and may be subject to legal privilege. Access to this e-mail by anyone other than the intended is unauthorized. If you are not the intended recipient (or responsible for delivery of the message to such person), you may not use, copy, distribute or deliver to anyone this message (or any part of its contents) or take any action in reliance on it. In such case, you should destroy this message, and notify us immediately.



**From:** K S <kerby.stracco@gmail.com>
**Sent:** Monday, December 9, 2024 3:01 PM
**To:** Jonathan Whitted <JWhitted@friendshipplace.org>; Frazier, Heather D. (she/her/hers) <Heather.Frazier3@va.gov>; Potluri, Vamsee <vamsee.potluri@va.gov>
**Cc:** Temple Evans <tevans@friendshipplace.org>; Tiana M. <tianam@eqr.com>; Tiana Moore <tmoore@eqr.com>; Nicolas Guerrero <nguerrero@eqr.com>; Rebekah Koen <rkoen@friendshipplace.org>
**Subject:** Re: Rental Status

Greetings Ms. Frazier. As discussed on our phone call today. Please see below. Regards.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526


"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust."
~Barack Obama~


On Sat, Dec 7, 2024 at 8:01PM K S <kerby.stracco@gmail.com> wrote:
    Good evening Mr. Whitted,
        I hope this email finds you well. I am just checking on the status of the rental payment and how it's going to be paid. I cannot ask for the transfer as discussed with Temple...unless the balance is paid. Please let me know if there's anything else I need to do as the W9 has been sent as well as the arrears information. I can provide Temple with a temporary password to pay online. I am unsure if they will take a check at this juncture since the rent is 3-4 months behind.

    Typically at this stage they ask for past due and future payment, as that is their policy allowed by the courts.

Two of my children need to scheduled for a surgery soon, and the other three also have nearly identical procedures that need to be done. My husband has a surgery as well other medical needs and as you are aware I myself am as well. I know the holidays are fast approaching and the weather is also unpredictable.

I have to plan accordingly as I am the only one to do all of this.

If they are willing to take a check they can accept it at my local rental office if they are willing to do so. Mailing a check to them would further delay the process. However I do not know where it would be mailed from or if you would allow Temple to drop it off to them.

I appreciate you. However this process has been Arduous due to no fault of your own. The delay is causing a lot of issues for my family. Again I do appreciate you and Temples efforts.

In the CC line is Ms. Tiana who is the Property Manager and Mr. Nicolas who I believe is the new Assistant Property Manager.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526


"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~


Outlook-A picture .png, 202412111151.tif

 Gmail

---

**Reasonable Accommodation Completed**

---

**K S <kerby.stracco@gmail.com>**                                          Fri, Nov 22, 2024 at 10:58 AM
To: Tiana M. <tianam@eqr.com>, Tiana Moore <tmoore@eqr.com>, Nicolas Guerrero <nguerrero@eqr.com>, Anderson, Lea <Lea.Anderson@va.gov>

Hi Tiana,
    Hope you all are well. Please see attached. I'll have to come in and sign it because the document cannot be modified since the doctor signed it. Thank you.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526


"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."



---------- Forwarded message ---------
From: **K S** <kerby.stracco@gmail.com>
Date: Fri, Nov 22, 2024 at 10:55 AM
Subject:
To: K S <kerby.stracco@gmail.com>


Reasonable Accommodation_Modification Request Packet.pdf 3.pdf

## REASONABLE ACCOMMODATION AND/OR MODIFICATION – REQUEST PACKET

Equity Residential is firmly committed to the principles of Fair Housing.  If, as a result of a disability, you require accommodations to our rules, policies, practices or services, or a physical modification to your home and/or the common areas of the Community in order to provide you or your occupants with equal opportunity to use and enjoy the Premises, you may submit a request for an accommodation and/or modification.  It is also important to note that not all injuries or illnesses are considered a "disability" under the legal definition.  The federal Fair Housing Act defines a person with a disability as *"Any person who (i) has a physical or mental impairment that substantially limits one or more major life activities; (ii) has a record of such impairment; or (iii) is regarded as having such an impairment."*  California law defines a disability as "**a mental or physical impairment, disorder, or condition that limits a major life activity."**

Under fair housing laws, once an applicant or resident requests a reasonable accommodation and/or modification because of his/her disability, landlords have the right, under the housing laws, to request verification from a healthcare provider that the applicant or resident has a disability (unless the disability is obvious) and that the requested reasonable accommodation and or modification is necessary due to the disability.

We provide an applicant or resident who requests an accommodation and/or modification with our forms to make it easier for the individual.  The completion of our forms also ensures that we get the information that we need so that a timely decision can be made. The questions on the forms clarify for us what the applicant or resident is requesting. In order to ensure that we clearly understand your request, we ask that you please complete this form in its entirety and be as thorough and specific as possible. Also, for the healthcare professional's convenience, there is a section for him/her to complete.  Please note that in order for your request to be approved, it must be reasonable and related to your disability.

Townsquare at Mark Center
**APARTMENT COMMUNITY**

Kerby Stracco
**YOUR NAME**

1460 N Highview Ln
**CURRENT ADDRESS**

| Alexandria | Virginia | 22311 |
|---|---|---|
| **CITY** | **STATE** | **ZIP** |

| 650-208-1526 | Kerby.stracco@gmail.com |
|---|---|
| **PHONE NUMBER** | **EMAIL ADDRESS** |

Anthony Stracco
**NAME OF PERSON(S) WHO HAS/HAVE A DISABILITY THAT SATISFIES THE LEGAL DEFINITION**

Legal Form – Fair Housing Accommodation/Modification – Packet v11
Revised 07/20                                                                © 2020 Equity Residential. All Rights Reserved.

**1. Does the above-referenced person(s) have a disability (physical or mental impairment) that substantially limits a major life activity? ☒ YES ☐ NO**

**2. Indicate below the type(s) of accommodations and/or modifications that are necessary for the person(s) listed above to fully enjoy the apartment and/or common areas of the Community.**

      **A. ☒ Change in rules, policies, practices or services of the Community[1]**

Describe the specific accommodation(s) that is needed:

Please allow for flexibility regarding on time rental payment at this time due

To costs associated with making the home, habitable, safe and handicapped

Accessible due to Anthony's falls associated with his disability.

      **B. ☐ Physical change(s) to the apartment or other area of the Community[2]**

Describe the specific physical modification(s) that is needed:

Veteran is working with multiple non profits to get the rent paid. Supportive

Services For Veteran Families (SSVF) HUD/VASH (Veterans Affairs Supportive

Housing and Alexandria City.

**3. Explain the relationship between the person's disability and the need for the requested accommodation(s) and/or modification(s).**

Due to the severity of Anthony's migraines, fibromyalgia, orthostatic hypertension he

Suffers with extreme body pain, dizziness, balance issues and blackouts.

Appropriate furniture has to be purchased as well as other devices to improve

Quality of life and ensure optimal safety for Anthony.

**4. For what timeframe is the requested accommodation(s) and/or modification(s) needed?**

Until Feb 2024. Veteran is working with Supportive Services for Veterans Families

---

[1] Examples include, but are not limited to providing reserved parking or waiving settlement/transfer fees due to a disability.
[2] Examples include, but are not limited to, allowing a person with a disability to install a ramp into a building, lower the entry threshold of an apartment or install a walk in shower in a bathroom.

Legal Form – Fair Housing Accommodation/Modification – Packet v11
Revised 07/20

© 2020 Equity Residential. All Rights Reserved.

**5. Please provide the contact information for your health care professional so that we may confirm the need for your requested accommodation(s) and/or modification(s).**

Joel Scholten MD
_____
Healthcare Professional's Name and Title

50 Irving Street NW, Dept PM&R, Washington DC 20420
_____
Address

202-745-8000 x58311
_____
Telephone Number

Joel.Scholten@va.gov
_____
Email Address and/or Fax Number

I hereby authorize Equity Residential to contact the healthcare professional identified above for the purpose of verifying my disability and the necessity for the requested accommodation(s) and/or modification(s).

By signing and submitting this form, I am confirming that the condition for which this request is being made (1) satisfies the Fair Housing Act's definition of a disability; and, (2) there is a disability-related need for the requested accommodation(s) and/or modification(s).

_____
RESIDENT/APPLICANT SIGNATURE                          DATE

_____
PRINTED NAME

**BELOW VERIFICATION MUST BE COMPLETED IF THE DISABILITY-RELATED NEED FOR THE ABOVE REQUEST IS NOT OBVIOUS**

Does the above-referenced person have a disability AND a disability-related need for the requested accommodation and/or modification listed above?

X____ **YES** _____**NO** Provider's Initial's ___JS_____

I certify that the information contained in this form is true and correct, and that the disability for which this person is requesting reasonable accommodation(s) and/or modification(s): (1) satisfies the federal Fair Housing Act's definition of a disability and (2) there is a disability-related need for the requested accommodation(s) and/or modification(s).

JOEL SCHOLTEN       Digitally signed by JOEL SCHOLTEN       11/22/24
                    Date: 2024.11.22 10:38:56 -05'00'
_____
Healthcare Professional's Signature                       Date

Joel Scholten MD
_____
Healthcare Professional's Printed Name

Associate Chief of Staff, Rehab Services            Florida ME73312
_____
Healthcare Professional's Title                      License #

202-745-8000 x58311              Joel.Scholten@va.gov
_____
Telephone Number                 Email Address

Legal Form – Fair Housing Accommodation/Modification – Packet v11
Revised 07/20                                    © 2020 Equity Residential. All Rights Reserved.

# REASONABLE ACCOMMODATION AND/OR MODIFICATION – REQUEST PACKET

Equity Residential is firmly committed to the principles of Fair Housing. If, as a result of a disability, you require accommodations to our rules, policies, practices or services, or a physical modification to your home and/or the common areas of the Community in order to provide you or your occupants with equal opportunity to use and enjoy the Premises, you may submit a request for an accommodation and/or modification. It is also important to note that not all injuries or illnesses are considered a "disability" under the legal definition. The federal Fair Housing Act defines a person with a disability as *"Any person who (i) has a physical or mental impairment that substantially limits one or more major life activities; (ii) has a record of such impairment; or (iii) is regarded as having such an impairment."* California law defines a disability as "a **mental or physical impairment, disorder, or condition that limits a major life activity."**

Under fair housing laws, once an applicant or resident requests a reasonable accommodation and/or modification because of his/her disability, landlords have the right, under the housing laws, to request verification from a healthcare provider that the applicant or resident has a disability (unless the disability is obvious) and that the requested reasonable accommodation and or modification is necessary due to the disability.

We provide an applicant or resident who requests an accommodation and/or modification with our forms to make it easier for the individual. The completion of our forms also ensures that we get the information that we need so that a timely decision can be made. The questions on the forms clarify for us what the applicant or resident is requesting. In order to ensure that we clearly understand your request, we ask that you please complete this form in its entirety and be as thorough and specific as possible. Also, for the healthcare professional's convenience, there is a section for him/her to complete. Please note that in order for your request to be approved, it must be reasonable and related to your disability.

_Town Square at Mark Center_
**APARTMENT COMMUNITY**

Anthony Stracco
**YOUR NAME**

_1400 N Highview Ln_
**CURRENT ADDRESS**

_Alexandria, VA  22311_
**CITY**                    **STATE**                    **ZIP**

_650-208-1526        Anthony.Stracco@gmail.Com_
**PHONE NUMBER**              **EMAIL ADDRESS**

Anthony Stracco
**NAME OF PERSON(S) WHO HAS/HAVE A DISABILITY THAT SATISFIES THE LEGAL DEFINITION**

Legal Form – Fair Housing Accommodation/Modification – Packet v11
Revised 07/20                                    © 2020 Equity Residential. All Rights Reserved.

1. Does the above-referenced person(s) have a disability (physical or mental impairment) that substantially limits a major life activity? ☒ YES ☐ NO

2. Indicate below the type(s) of accommodations and/or modifications that are necessary for the person(s) listed above to fully enjoy the apartment and/or common areas of the Community.

A. ☒ Change in rules, policies, practices or services of the Community [1]

Describe the specific accommodation(s) that is needed:

Please consider waiving the mandatory credit check for this Veteran prior to approving relocation to a new dwelling/location with no steps which is a medically indicated change to enhance his rehabilitation/wellness in the community. *Also Please*

*Consider waiving the moving Fees that would be incured Regarding breaking the lease due to the Relocation being caused for medical Reasons.*

B. ☒ Physical change(s) to the apartment or other area of the Community [2]

Describe the specific physical modification(s) that is needed:

Anthony Stracco is a 100% Service Connected disabled Veteran that I treat at the Washington DC VAMC. He has mobility impairment due to service connected spinal diagnoses and has chronic migraines. This impairs his ability to negotiate steps, particularly when he has a migraine. It is in his best medical interest to live in a dwelling with none to minimal stairs.

*Anthony also Needs An Apartment that has A large enough bathroom For assistive devices Regarding ADLS.*

3. Explain the relationship between the person's disability and the need for the requested accommodation(s) and/or modification(s).

Limited mobility, best medical interest to live in a dwelling with none to minimal stairs.

*The disability impacts daily Function, and the accomodations Are to ensure Anthony doesn't continue to be adversly impacted, financially mentally nor physically.*

4. For what timeframe is the requested accommodation(s) and/or modification(s) needed?

permanent

---

[1] Examples include, but are not limited to providing reserved parking or waiving settlement/transfer fees due to a disability.
[2] Examples include, but are not limited to, allowing a person with a disability to install a ramp into a building, lower the entry threshold of an apartment or install a walk in shower in a bathroom.

Page 2 of 3

Legal Form – Fair Housing Accommodation/Modification – Packet v11
Revised 07/20

© 2020 Equity Residential. All Rights Reserved.



**Sent**

17 Jan 2025 @ 0958 ET

**From**

SCHOLTEN, JOEL D (Rehab Polytrauma Washington!)

**To**

STRACCO, ANTHONY DANE

**Message ID**

6523430988

**Subject**

General: Treatment planning

**Message**

Hello Mr. and Mrs. Stracco-

I hope you are feeling better soon. As we discussed today, I am going to explore options for a comprehensive inpatient evaluation program so we can get a better understanding of the symptoms and functional decline you are experiencing. I've copied my assessment and treatment plan from my clinic note today below.

Please keep me posted on the status of your housing situation. It is critical to stabilize your housing as we move forward with your treatment plan.

I look forward to our next clinic visit on February 14, 2025 at 9 AM. Please don't hesitate to reach out if you have questions before the appointment.

Thanks
Dr. Scholten

From my 1/17/25 Clinic note:

"Impression-

1. Severe migraines and chronic pain resistant to multiple medications and interventions
2. Reported history of head trauma

3. chronic fatigue and pain, fibromyalgia
4. depression
5. diarrhea/abdomninal pain
6. POTS

Plan-

Due to increasing frequency and severity of
symptoms and functional decline, I
recommend a comprehensive inpatient
evaluation for an extended team based
assessment of Tony's functional and cognitive
abilities. I will explore options
within VA's Polytrauma System of Care,
starting with the Richmond Polytrauma
Rehab Center. Due to Tony's functional
abilities he will need inpatient with
nursing support as he requires assistance with
his ADLs.

His wife will continue to work on their housing
situation. It is essential that
housing is stabilized prior to an inpatient
evaluation as his wife will need to
arrange for childcare in their home for their 5
children so that she can attend
parts of his inpatient stay (she would require a
room at the Fisher House).

We will schedule a f/u visit on 2/14/25 at 9 AM
by video to discuss progress in
housing stabilization and plan for inpatient
evaluation. "

**ⓘ This message may not
be from the person
you initially
contacted.**

It may have been reassigned in
order to efficiently address
your question.

# ERIN MCKEE, PSY.D.

9229 271st NW, #2606, Stanwood, WA | 425.595.7131 | erinmckeepsyd@gmail.com

December 6, 2024

To Whom It May Concern:

I am VA trained clinical psychologist (Concord Vet Center, Santa Rosa CBOC externships; Southeast Louisiana Veteran's Affairs internship and postdoc) and served in the US Navy from 2011 to 2016. I deployed to Afghanistan with Second Marine Expeditionary Force for seven months and served on the US Nimitz aircraft carrier. I also have a master's degree in cultural anthropology. I specialize in helping clients recover from trauma and its sequelae.

I saw Ms. Kerby Stracco starting in 2012 at Fort Belvoir for 2 and a half years. She and I resumed psychotherapy this July after I joined PSYPACT which allows psychologist to conduct virtual psychotherapy in any participating state. Ms. Stracco has some of the worst MST (military sexual trauma) I have seen, and her resulting chronic PTSD is intensified by the systems that are designed to serve her and do not. She struggles daily with suicidal ideation, and it is a testament to her resilience and love for her 5children that she has not yet taken her own life.

During the pandemic Ms. Stracco and her family lost their housing and were forced to move to a two bedroom apartment that costs an exorbitant 4 thousand dollars per month. Her husband, Anthony, is also service connected at 100% due to his debilitating migraine headaches and cannot work. They are unable to catch up on their bills and are currently in debt, they live simply and are focused on providing for their children. The

stress of attempting to get the services they need has greatly increased Ms. Stracco's symptoms of PTSD-related hyperarousal and depression.

Please aid this family by awarding them the maximum aid for their housing, food and medical/dental bills.

Very Respectfully,

Erin McKee, Psy.D.

Licensed clinical psychologist
WA License: PY60612361

# ERIN MCKEE, PSY.D.

9229 271 NW, #2606, Stanwood, WA | 425.595.7131 | erinmckeepsyd@gmail.com

December 16, 2024

To Whom It May Concern:

I am VA trained clinical psychologist (Concord Vet Center, Santa Rosa CBOC externships; Southeast Louisiana Veteran's Affairs pre-doctoral internship and post-doctoral fellowship) and served in the US Navy from 2011 to 2016. I deployed to Afghanistan with Second Marine Expeditionary Force for seven months and served on the US Nimitz aircraft carrier as its only psychologist for nearly two years. I also have a master's degree in cultural anthropology and am a certified mindfulness meditation teacher. I specialize in helping clients recover from trauma and its sequelae.

I saw Ms. Kerby Stracco starting in 2012 at Fort Belvoir for 2 and 1/2 years. She and I resumed psychotherapy July 2024 after I joined PSYPACT which allows psychologists to conduct virtual psychotherapy in any participating state. Ms. Stracco has had some of the worst MST (military sexual trauma) I have encountered, and her resulting chronic PTSD is intensified and exacerbated by simple fact that the systems that are designed to serve her do not. She struggles daily with intense suicidal ideation, and it is a testament to her resilience and love for her 5 children that she has not yet taken her own life.

Ms. Stracco was recently unfairly removed from an intensive outpatient program at the DC VA, part of the Psychosocial Rehabilitation and Recovery Center, after a White male

veteran was very verbally violent against her: he was allowed to stay in the virtual IOP, Ms. Stracco was kicked out. The PRRC manual explains that patients often get worse before they get better, and yet Ms. Stracco was no afforded this symptom arc.

The stress of being removed from the program has greatly increased the frequency and severity of her symptoms of PTSD, depression and suicidality. She also has a history of TBI and her post concussive symptoms of confusion, difficulty concentrating and irritability—also symptoms of PTSD—were exacerbated by this denial of recovery services. I remain very concerned for her physical and mental health and the toll her chronic and PTSD and the secondary conditions of migraine headaches and insomnia are taking on Ms. Stracco and her family. The DC VA has abused Ms. Stracco, the very person it exists to protect: a veteran disabled at 100%. The VA is now contributing to her extreme PTSD due to MST and other deployment-related trauma. Please connect her to the maximum amount of financial and mental health services within your power to provide some relief to a very stressed and traumatized disabled veteran and her family system.

Very Respectfully,

Erin McKee, Psy.D.

Licensed clinical psychologist
WA License. PY60612361

## SUMMONS FOR UNLAWFUL DETAINER (CIVIL CLAIM FOR EVICTION)

Commonwealth of Virginia                                    VA. CODE § 8.01-126

**ALEXANDRIA** ...................... General District Court
CITY OR COUNTY

520 King Street, Second Floor, PO Box 320489, Alexandria, VA 22320-4489
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: Summon the Defendant(s) as provided below:
TO THE DEFENDANT(S): You need to come to this Court on

January 28, 2025 at 2:30PM
**JAN 2 1 2025** ............................... to answer this civil claim for eviction.
RETURN DATE AND TIME

DATE ISSUED          [ ] CLERK [✓] DEPUTY CLERK [ ] MAGISTRATE

**CLAIM AND AFFIDAVIT:** Defendant(s) unlawfully detains and withholds from Plaintiff(s):

1460 North Highview Lane , Alexandria VA 22311
ADDRESS/DESCRIPTION OF DETAINED PROPERTY

and Defendant should be removed from possession of the property (evicted) because of:

[X] unpaid rent  [X] Unlawfully Detaining the Unit

Plaintiff states that rent is due and not paid and damages have been incurred as follows:

$ 10491.41 rent due for  09/01/2024 - 12/31/2024  and $ 598.60 ......... late fee
RENT                              PERIOD

and $ ............... damages for *See Affidavit and Statement for Additional Rent owed through Return Date.* with interest at .............
RATE(S) AND BEGINNING DATE(S)

and $ 79.00 ........ costs and $ ........... civil recovery and $ 160.00 ....... attorney's fees.

[X] Plaintiff asks for judgment for all amounts due as of the hearing date. [X] If Plaintiff makes no
payments before that date, the approximate amount Defendant may owe on that date will be 14603.92

[ ] This summons is filed to end a tenancy not governed by the Virginia Residential Landlord and Tenant
Act, § 55.1-1200 et seq. of the Code of Virginia.

All required notices have been given. I state under penalty of perjury that the foregoing is true and correct.

[ ] PLAINTIFF(S) [X] PLAINTIFF'S ATTORNEY [ ] PLAINTIFF'S AGENT          12/18/2024
                                                                        DATE

### CASE DISPOSITION

[ ] JUDGMENT that Plaintiff(s) recover against  { [ ]
                                                  [ ] named DEFENDANT(S).
[ ] possession of the premises described above pursuant to § 8.01-128.
[ ] A hearing will be held on ............................................ to decide final rent and damages.
                            DATE AND TIME

[ ] Immediate writ of eviction [ ] ordered pursuant to Va. Code § 8.01-129 upon request of Plaintiff.
                              [ ] granted pursuant to Va. Code § 55.1-1250(C).
DEFENDANT(S) PRESENT? [ ] YES [ ] NO

........................................                    ........................................
DATE                                                       JUDGE

[ ] Rent, in the sum of $ ........................ and $ ........................ late fee

and $ ................ damages with interest ................................ and
                                        RATE(S) AND BEGINNING DATE(S)

$ ................ costs and $ ................ civil recovery and $ ................ attorney's fees

[ ] and $ ................ costs for Servicemembers Civil Relief Act counsel fees.
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ................................

$ ................ costs and $ ................ attorney fees
awarded to Defendant(s) ................................

[ ] NON-SUIT* [ ] DISMISSED*     DEFENDANT(S) PRESENT? [ ] YES [ ] NO

........................................                    ........................................
DATE                                                       JUDGE

FORM DC-421 FRONT 07/24

---

CASE NO. **GV25-413**

Equity Residential Management, LLC TA Town Square at Mark Center
PLAINTIFF(S) NAME(S) (LAST, FIRST, MIDDLE)

1459 North Beauregard St
ADDRESS

Alexandria, VA  22311
ADDRESS

........................................
TELEPHONE NUMBER

v.

KERBY STRACCO, ANTHONY STRACCO
DEFENDANT(S) NAME(S) (LAST, FIRST, MIDDLE)

1460 North Highview Lane
ADDRESS

Alexandria, VA  22311
ADDRESS

........................................
TELEPHONE NUMBER

**TO DEFENDANT:** You are not required to come to
court; however, if you do not come to court, judgment
may be entered against you and you may be evicted. See
information on the reverse about your right to prevent
this unlawful detainer action by paying the money owed.

[ ] If you disagree with this case, you must come to
court on the RETURN DATE to try this case.

[x] If you disagree with this case, you must come to
court on the RETURN DATE for the judge to set
another date for the trial.

If you do not come to court and a judgment is entered
against you, a writ of eviction may be issued
immediately to give possession of the property to the
Plaintiff.

Bill of Particulars ordered ........................
                                        DUE DATE

Grounds of Defense ordered ........................
                                        DUE DATE

ATTORNEY FOR PLAINTIFF(S)
Kyle J. Koppenhaver 94846    SHULMAN ROGERS, P.A.

12505 Park Potomac Ave, 6th Fl,

Potomac, MD  20854        (301) 945-9252
                              TELEPHONE NUMBER

ATTORNEY FOR DEFENDANT(S)

........................................
........................................
........................................
                              TELEPHONE NUMBER

**DISABILITY ACCOMMODATIONS** for loss of
vision, hearing, mobility, etc. Contact the court ahead of
time.

---

HEARING DATE AND TIME

January 28, 2025 at  2:30PM

........................................
........................................
........................................
........................................
........................................
........................................

[ ] Redemption tender
presented; continued to:

HEARING DATE AND TIME

[ ] Defendant must pay:
$ ................
RENT OWED

into the court to be held in
escrow by

........................................
DATE

and any rents coming due prior
to the next hearing date must
also be paid into the court.

........................................
JUDGE'S INITIALS

MONEY JUDGMENT PAID OR
SATISFIED PURSUANT TO
ATTACHED NOTICE OF
SATISFACTION

........................................
DATE

........................................
CLERK

*This case shall be expunged
30 days after dismissal or six
months after nonsuit, if an
order of possession was not
entered, pursuant to Va.
Code § 8.01-130.01.

**To the Defendant(s):**

(1) The preferred place for an Unlawful Detainer (Civil Claim for Eviction) to be filed is the city or county where the property is located. If the plaintiff has filed this case in a city or county that is not where the property you rent is located, you may object to the location. The court may move the case to the preferred place, if the court agrees with you. The court may order the Plaintiff to pay you costs and attorney's fees if the court agrees with your objection. To object to where the case was filed, you must:

- Tell the court in writing that you do not agree with the place where the case was filed. Include in what you write (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the left column under the words "TO THE DEFENDANT(S)," (c) Plaintiff(s)' name(s) and your name(s), (d) "I move to object to venue of this case in this court because" and give the reasons for your objection and also say in which city or county the case should be tried, and (e) your signature and mailing address.
- File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to the plaintiff.
- If you mail your written request to the court, the clerk will tell you the judge's decision.

(2) If this case involves a lease for a property that is lived in and the only reason on this Summons for the entry of an order of possession is that you did not pay the rent, then you, or someone on your behalf, may pay the landlord or the landlord's attorney or pay into court all (i) rent due and not paid as of the court date as included in the rental agreement, (ii) other charges and fees as included in the rental agreement, (iii) late charges included in the rental agreement and as provided by law, (iv) reasonable attorney fees as included in the rental agreement or as provided by law, and (v) costs of the proceeding as provided by law, and if you pay everything that you owe, this unlawful detainer action will be dismissed pursuant to Virginia Code § 55.1-1250.

(3) If you tell your landlord that you want another person to receive a copy of this summons, the landlord must send a copy to that person. However, that person will not, by getting a copy of the summons, become a party to the case or be able to challenge the landlord's actions for you. Virginia Code § 55.1-1209.

(4) Pursuant to Virginia Code § 18.2-465.1, it is against the law for your employer to fire you from your job or take any negative personnel action against you if you were absent from your job because you had to come to court for a hearing on this Summons, as long as you gave reasonable notice of the hearing to your employer.

I certify that I mailed a copy of this document to the defendants named therein at the address show therein on

12/18/2024
DATE

[ ] PLAINTIFF    [ ] PLAINTIFF'S ATTORNEY    [ ] PLAINTIFF'S AGENT

Fi. Fa. issued on .......................................................

Interrogatories issued on ...........................................

Garnishment issued on ...............................................

FORM DC-421 REVERSE 07/23

**RETURNS:** Each defendant was served according to law, as indicated below, unless not found.

Name  KERBY STRACCO

Address  1460 North Highview Lane

Alexandria, VA  22311

[ ] Personal Service    Tel. No. ...................................

[ ] Being unable to make personal service, a copy was delivered in the following manner:
  [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

...........................................................................

...........................................................................

  [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)
  [ ] Served on the Secretary of the Commonwealth

[ ] Not found

SERVING OFFICER

................... for ......................................
DATE

Name  ANTHONY STRACCO

Address  1460 North Highview Lane

Alexandria, VA  22311

[ ] Personal Service    Tel. No. ...................................

[ ] Being unable to make personal service, a copy was delivered in the following manner:
  [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

...........................................................................

...........................................................................

  [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)
  [ ] Served on the Secretary of the Commonwealth

[ ] Not found

SERVING OFFICER

................... for ......................................
DATE

## VIRGINIA:

## IN THE GENERAL DISTRICT COURT FOR ALEXANDRIA

| | | |
|---|---|---|
| Equity Residential Management, LLC TA Town Square at Mark Center | ) | |
| | ) | Case No. |
| Plaintiff, | ) | Trial Date: 01/28/2025 |
| v. | ) | |
| KERBY STRACCO, ANTHONY STRACCO | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT AND STATEMENT OF ACCOUNT

THIS DAY, Kyle J. Koppenhaver, the attorney and agent for the Plaintiff, Equity Residential Management, LLC TA Town Square at Mark Center states that to the best of his knowledge, information and belief the following are true and correct: the amount of the claim embodied in the summons for Unlawful Detainer (the "U.D. Summons") filed herewith is broken down and set forth below; such amount is justly due by the Defendant(s) pursuant to a contract that is a residential lease agreement; interest thereupon is being claimed at the judgment rate from date of judgment; the applicable Notice to Pay or Vacate, and/or Notice of Termination was served upon the Defendant(s) on the date and in the manner stated in said notice, and a copy thereof was attached to and filed with the Summons for Unlawful Detainer to be served upon the Defendant(s); the Defendant(s) failed to pay the full amounts stated in the notice, or vacate the Detained Property within the notice period; the undersigned has determined that after investigation and pursuant to the provisions of the Servicemembers' Civil Relief Act (SCRA), the Defendant(s) is not a member of the military service of the United State Army, Navy, Marine Corps, Air Force, or Coast Guard, nor officers of the Public Health Service detailed by authority for duty either by the Army or the Navy; if Plaintiff has an original written lease signed by Defendant(s), Plaintiff shall provide such lease to the court upon final disposition of this case; if a written lease is provided to the court, Plaintiff may recover attorneys fees pursuant to the highlighted provision therein, which fees in this matter shall be not less than $160.00 through the Return Date; if Plaintiff cannot locate an original lease, the Defendant(s) reside(s) at the Detained property pursuant to an oral lease; and, based upon the foregoing and the following break-down and calculation of amounts owed, Plaintiff is entitled to and hereby requests judgment for immediate possession of the Detained Property and money judgment in the amount described herein.

| | | |
|---|---|---|
| Rent and all other expenses past due under the subject lease through December 2024 | $ | 10491.41 |
| Late fee | $ | 598.60 |
| Future Base Rent through return date | $ | 2918.00 |
| Future Late fee through return date | $ | 291.80 |
| Additional Rent for set monthly charges (parking, utilities, etc. as applicable) | $ | 304.11 |
| Additional Rent for variable/utilities charges | $ | TBD |
| **TOTAL** | $ | 14603.92 |

Plus any additional Rental Charges that may become due through entry of judgment.

I declare under penalty of perjury that the above is true and correct pursuant to § 8.01-4.3 of the Code of Virginia.

Kyle J. Koppenhaver

**FIVE-DAY NOTICE TO PAY OR QUIT**
(Virginia Only)

Date:      11/6/2024

TO:   Kerby Stracco
      Anthony Stracco
      1460 North Highview Lane
      Alexandria, VA  22311

Dear Resident(s),

You are hereby notified that you are in default of your lease due to your failure to pay rent, late fees, additional rent and/or any other monies owing under your lease in the total amount of $7733.90 as itemized below:

| | | |
|---|---|---|
| October | Rent Due | $2,918.00 |
| November | Rent Due | $2,918.00 |
| | Late Fees | 598.60 |
| | Other damages or fees (including Utilities) | 1,299.30 |
| | **Total Due** | **$7,733.90** |

Please make your check(s) payable to Town Square at Mark Center. The payment of all sums due shall be remitted to the rental office and must be in the form of a MONEY ORDER or CASHIER'S CHECK. Personal checks will not be accepted.

You have five (5) days from the date of service of this notice to vacate the premises or pay the total amount of rent listed above.  If you fail to pay in full or to quit (vacate) your apartment within five (5) days of service of this notice, your tenancy may be terminated and an unlawful detainer action will be filed against you to recover possession of the apartment.  In addition, we will request a judgment for all unpaid rent, additional rent, and any other fees authorized under your lease and Virginia law, including court costs and attorney's fees.

In the event you make any payment(s) in any amount after the expiration of the five (5) day period, your payment will be accepted with full reservation of our right to seek posession of your apartment in accordance with §55.1-1250 of the Virginia Code.  However, full payment of all amounts you owe the landlord, including all rent as contracted for in the rental agreement that is owed to the landlord as of the date payment is made, as well as any damages, money judgment, award of attorney fees, and court costs made at least 48 hours before the scheduled eviction will cause the eviction to be canceled, unless there are bases for the entry of an order of possession other than nonpayment of rent stated in the unlawful detainer action filed by the landlord.  Additionally, pursuant to §55.1-1254 of the Virginia Code, if you vacate and any items of personal property remain in the apartment or in any storage area after 24 hours, we will consider such property abandoned, and we may dispose of the property without further notice to you. If you are in active service in the U.S. Military, please contact our office immediately so we can update our records.

(Section 8/subsidized tenants only - remove otherwise): Legal assistance may be available to you by contacting Virginia Legal Aid at 1-866-LEGLAID, https://www.valegalaid.org/.

          ©Equity Residential 2022.  All Rights Reserved.

### MILITARY STATUS AFFIRMATION

I affirm under oath the following regarding the military service of the Tenant(s):

[ ] Tenant(s) is/are in the active service of the United States Military
[ ] Tenant(s) is/are NOT in active service of the United States Military.  This assertion is verified through the Department of Defense Manpower Data center.
[✓] Tenant(s) is/are NOT in active service of the United States Military.  This assertion is supported by the following facts: (i) Tenant(s) did not identify the United States Military as their employer in the lease application or subsequently notify Landlord of their active military status; (ii) subsequent to executing their lease, Tenant(s) has not provided any information to cause Landlord to believe Tenant is in the  active service of the United States Military; and/or (iii) other: _____

### CERTIFICATE OF SERVICE

I certify that this Notice was served as follows:

[ ] PERSONAL SERVICE (handed to the tenant); or

Being unable to personally serve, a copy was delivered in the following manner:
[ ] Delivered to a family member age 16 or older.  List name, age of recipient, and relation of recipient to party named above:

_____
[✓] Posted on front door or such other door as appears to be the main entrance of the leased premises. A copy was also sent by regular mail.
[ ] _____

11 / 7 / 24
**Date of Service**

Signature

Nicolos Guerrero
**Printed Name of Person Making Service**

©Equity Residential 2022.  All Rights Reserved.

# SUMMONS FOR UNLAWFUL DETAINER (CIVIL CLAIM FOR EVICTION)

Commonwealth of Virginia                                      VA. CODE § 8.01-126

........................ ALEXANDRIA ........................ General District Court
CITY OR COUNTY

520 King Street, Second Floor, PO Box 320489, Alexandria, VA 22320-4489
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: Summon the Defendant(s) as provided below:
TO THE DEFENDANT(S): You need to come to this Court on
January 28, 2025 at 2:30PM

**JAN 2 1 2025** ............. RETURN DATE AND TIME ............ to answer this civil claim for eviction.

........................                    [ ] CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE
DATE ISSUED

**CLAIM AND AFFIDAVIT:** Defendant(s) unlawfully detains and withholds from Plaintiff(s):
1460 North Highview Lane , Alexandria VA 22311
ADDRESS/DESCRIPTION OF DETAINED PROPERTY

and Defendant should be removed from possession of the property (evicted) because of:

[X] unpaid rent [X] Unlawfully Detaining the Unit

Plaintiff states that rent is due and not paid and damages have been incurred as follows:

$ 10491.41 ............ rent due for   09/01/2024 - 12/31/2024 ....... $ 598.60 ....... late fee
RENT                            PERIOD

and $ .................. damages for   See Affidavit and Statement for Additional Rent owed through Return Date.
                                      with interest .............. RATE(S) AND BEGINNING DATE(S)

and $ 79.00 .............. costs and $ ........... civil recovery and $ 160.00 ....... attorney's fees.

[X] Plaintiff asks for judgment for all amounts due as of the hearing date. [X] If Defendant makes no
payments before that date, the approximate amount Defendant may owe on that date will be 14603.92 .

[ ] This summons is filed to end a tenancy not governed by the Virginia Residential Landlord and Tenant
Act, § 55.1-1200 et seq. of the Code of Virginia.

All required notices have been given. I state under penalty of perjury that the foregoing is true and correct.

........................                                           12/18/2024
[ ] PLAINTIFF(S) [X] PLAINTIFF'S ATTORNEY [ ] PLAINTIFF'S AGENT              DATE

## CASE DISPOSITION

[ ] JUDGMENT that Plaintiff(s) recover against    { [ ]
                                                   { [ ] named DEFENDANT(S).
[ ] possession of the premises described above pursuant to § 8.01-128.
[ ] A hearing will be held on ........................ to decide final rent and damages.
                                    DATE AND TIME
[ ] Immediate writ of eviction  [ ] ordered pursuant to Va. Code § 8.01-129 upon request of Plaintiff.
                                [ ] granted pursuant to Va. Code § 55.1-1250(C).
DEFENDANT(S) PRESENT? [ ] YES [ ] NO

........................                                    ........................
DATE                                                        JUDGE

[ ] Rent, in the sum of $ .................. and $ .............................. late fee
and $ ................ damages with interest ........................ and
                                              RATE(S) AND BEGINNING DATE(S)
$ ............ costs and $ .................. civil recovery and $ .................. attorney's fees
[ ] and $ .................. costs for Servicemembers Civil Relief Act counsel fees.
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ........................
$ .................. costs and $ .................. attorney fees
awarded to Defendant(s) ........................
[ ] NON-SUIT* [ ] DISMISSED*    DEFENDANT(S) PRESENT? [ ] YES [ ] NO

........................                                    ........................
DATE                                                        JUDGE

FORM DC-421 FRONT 07/24

---

CASE NO. **GV25-413**

Equity Residential Management, LLC TA Town Square at Mark Center
PLAINTIFF'S NAME(S) (LAST, FIRST, MIDDLE)

1459 North Beauregard St
ADDRESS

Alexandria, VA 22311

........................
TELEPHONE NUMBER

KERBY STRACCO, ANTHONY STRACCO
v.    DEFENDANT'S NAME(S) (LAST, FIRST, MIDDLE)

1460 North Highview Lane
ADDRESS

Alexandria, VA 22311

........................
TELEPHONE NUMBER

**TO DEFENDANT:** You are not required to come to
court; however, if you do not come to court, judgment
may be entered against you and you may be evicted. See
information on the reverse about your right to prevent
this unlawful detainer action by paying the money owed.

[ ] If you disagree with this case, you must come to
court on the RETURN DATE to try this case.

[X] If you disagree with this case, you must come to
court on the RETURN DATE for the judge to set
another date for the trial.

If you do not come to court and a judgment is entered
against you, a writ of eviction may be issued
immediately to give possession of the property to the
Plaintiff.

Bill of Particulars ordered ........................
                                     DUE DATE

Grounds of Defense ordered ........................
                                     DUE DATE

**ATTORNEY FOR PLAINTIFF(S)**
Kyle J. Koppenhaver 94846    SHULMAN ROGERS, P.A.

12505 Park Potomac Ave, 6th Fl,

Potomac, MD 20854    (301) 945-9252
                            TELEPHONE NUMBER

**ATTORNEY FOR DEFENDANT(S)**

........................
TELEPHONE NUMBER

**DISABILITY ACCOMMODATIONS** for loss of
vision, hearing, mobility, etc. Contact the court ahead of
time.

---

HEARING DATE AND TIME

January 28, 2025 at 2:30PM

........................

........................

........................

........................

[ ] Redemption tender
presented; continued to:

........................
HEARING DATE AND TIME

[ ] Defendant must pay:

$ ........................

into the court to be held in
escrow by

........................
DATE

and any rents coming due prior
to the next hearing date must
also be paid into the court.

........................
JUDGE'S INITIALS

MONEY JUDGMENT PAID OR
SATISFIED PURSUANT TO
ATTACHED NOTICE OF
SATISFACTION

........................
DATE

........................
CLERK

*This case shall be expunged
30 days after dismissal or six
months after nonsuit, if an
order of possession was not
entered, pursuant to Va.
Code § 8.01-130.01.

**To the Defendant(s):**

(1) The preferred place for an Unlawful Detainer (Civil Claim for Eviction) to be filed is the city or county where the property is located. If the plaintiff has filed this case in a city or county that is not where the property you rent is located, you may object to the location. The court may move the case to the preferred place, if the court agrees with you. The court may order the Plaintiff to pay you costs and attorney's fees if the court agrees with your objection. To object to where the case was filed, you must:

- Tell the court in writing that you do not agree with the place where the case was filed. Include in what you write (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the left column under the words "TO THE DEFENDANT(S)," (c) Plaintiff(s)' name(s) and your name(s), (d) "I move to object to venue of this case in this court because" and give the reasons for your objection and also say in which city or county the case should be tried, and (e) your signature and mailing address.
- File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to the plaintiff.
- If you mail your written request to the court, the clerk will tell you the judge's decision.

(2) If this case involves a lease for a property that is lived in and the only reason on this Summons for the entry of an order of possession is that you did not pay the rent, then you, or someone on your behalf, may pay the landlord or the landlord's attorney or pay into court all (i) rent due and not paid as of the court date as included in the rental agreement, (ii) other charges and fees as included in the rental agreement, (iii) late charges included in the rental agreement and as provided by law, (iv) reasonable attorney fees as included in the rental agreement or as provided by law, and (v) costs of the proceeding as provided by law, and if you pay everything that you owe, this unlawful detainer action will be dismissed pursuant to Virginia Code § 55.1-1250.

(3) If you tell your landlord that you want another person to receive a copy of this summons, the landlord must send a copy to that person. However, that person will not, by getting a copy of the summons, become a party to the case or be able to challenge the landlord's actions for you. Virginia Code § 55.1-1209.

(4) Pursuant to Virginia Code § 18.2-465.1, it is against the law for your employer to fire you from your job or take any negative personnel action against you if you were absent from your job because you had to come to court for a hearing on this Summons, as long as you gave reasonable notice of the hearing to your employer.

I certify that I mailed a copy of this document to the defendants named therein at the address show therein on

.......12/18/2024.......
DATE

[ ] PLAINTIFF  [ ] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S AGENT

Fi. Fa. issued on ....................................................

Interrogatories issued on ....................................................

Garnishment issued on ....................................................

FORM DC-421 REVERSE 07/23

**RETURNS:** Each defendant was served according to law, as indicated below, unless not found.

Name  KERBY STRACCO

Address  ................1460 North Highview Lane...............

................Alexandria, VA  22311................

[ ] Personal Service    Tel. No. ........................

[ ] Being unable to make personal service, a copy was delivered in the following manner:

- [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

..............................................................................

- [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)
- [ ] Served on the Secretary of the Commonwealth

[ ] Not found

SERVING OFFICER

.................... for ........................
DATE

Name  ANTHONY STRACCO

Address  ................1460 North Highview Lane...............

................Alexandria, VA  22311................

[ ] Personal Service    Tel. No. ........................

[ ] Being unable to make personal service, a copy was delivered in the following manner:

- [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

..............................................................................

- [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)
- [ ] Served on the Secretary of the Commonwealth

[ ] Not found

SERVING OFFICER

.................... for ........................
DATE

VIRGINIA:

## IN THE GENERAL DISTRICT COURT FOR ALEXANDRIA

| | | |
|---|---|---|
| Equity Residential Management, LLC TA Town Square at Mark Center | ) | Case No. |
| | ) | |
| Plaintiff, | ) | Trial Date: 01/28/2025 |
| | ) | |
| v. | ) | |
| KERBY STRACCO, ANTHONY STRACCO | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT AND STATEMENT OF ACCOUNT

THIS DAY, Kyle J. Koppenhaver, the attorney and agent for the Plaintiff, Equity Residential Management, LLC TA Town Square at Mark Center states that to the best of his knowledge, information and belief the following are true and correct: the amount of the claim embodied in the summons for Unlawful Detainer (the "U.D. Summons") filed herewith is broken down and set forth below; such amount is justly due by the Defendant(s) pursuant to a contract that is a residential lease agreement; interest thereupon is being claimed at the judgment rate from date of judgment; the applicable Notice to Pay or Vacate, and/or Notice of Termination was served upon the Defendant(s) on the date and in the manner stated in said notice, and a copy thereof was attached to and filed with the Summons for Unlawful Detainer to be served upon the Defendant(s); the Defendant(s) failed to pay the full amounts stated in the notice, or vacate the Detained Property within the notice period; the undersigned has determined that after investigation and pursuant to the provisions of the Servicemembers' Civil Relief Act (SCRA), the Defendant(s) is not a member of the military service of the United State Army, Navy, Marine Corps, Air Force, or Coast Guard, nor officers of the Public Health Service detailed by authority for duty either by the Army or the Navy; if Plaintiff has an original written lease signed by Defendant(s), Plaintiff shall provide such lease to the court upon final disposition of this case; if a written lease is provided to the court, Plaintiff may recover attorneys fees pursuant to the highlighted provision therein, which fees in this matter shall be not less than $160.00 through the Return Date; if Plaintiff cannot locate an original lease, the Defendant(s) reside(s) at the Detained property pursuant to an oral lease; and, based upon the foregoing and the following break-down and calculation of amounts owed, Plaintiff is entitled to and hereby requests judgment for immediate possession of the Detained Property and money judgment in the amount described herein.

| | |
|---|---|
| Rent and all other expenses past due under the subject lease through December 2024 | $ 10491.41 |
| Late fee | $ 598.60 |
| Future Base Rent through return date | $ 2918.00 |
| Future Late fee through return date | $ 291.80 |
| Additional Rent for set monthly charges (parking, utilities, etc. as applicable) | $ 304.11 |
| Additional Rent for variable/utilities charges | $ TBD |
| **TOTAL** | $ 14603.92 |

Plus any additional Rental Charges that may become due through entry of judgment.

I declare under penalty of perjury that the above is true and correct pursuant to § 8.01-4.3 of the Code of Virginia.

_____
Kyle J. Koppenhaver

**FIVE-DAY NOTICE TO PAY OR QUIT**
(Virginia Only)

Date:    11/6/2024

TO:  Kerby Stracco
     Anthony Stracco
     1460 North Highview Lane
     Alexandria, VA  22311

Dear Resident(s),

You are hereby notified that you are in default of your lease due to your failure to pay rent, late fees, additional rent and/or any other monies owing under your lease in the total amount of $7733.90 as itemized below:

| | | |
|---|---|---|
| October | Rent Due | $2,918.00 |
| November | Rent Due | $2,918.00 |
| | Late Fees | 598.60 |
| | Other damages or fees (including Utilities) | 1,299.30 |
| | **Total Due** | **$7,733.90** |

Please make your check(s) payable to Town Square at Mark Center. The payment of all sums due shall be remitted to the rental office and must be in the form of a MONEY ORDER or CASHIER'S CHECK. Personal checks will not be accepted.

You have five (5) days from the date of service of this notice to vacate the premises or pay the total amount of rent listed above.  If you fail to pay in full or to quit (vacate) your apartment within five (5) days of service of this notice, your tenancy may be terminated and an unlawful detainer action will be filed against you to recover possession of the apartment.  In addition, we will request a judgment for all unpaid rent, additional rent, and any other fees authorized under your lease and Virginia law, including court costs and attorney's fees.

In the event you make any payment(s) in any amount after the expiration of the five (5) day period, your payment will be accepted with full reservation of our right to seek possession of your apartment in accordance with §55.1-1250 of the Virginia Code.  However, full payment of all amounts you owe the landlord, including all rent as contracted for in the rental agreement that is owed to the landlord as of the date payment is made, as well as any damages, money judgment, award of attorney fees, and court costs made at least 48 hours before the scheduled eviction will cause the eviction to be canceled, unless there are bases for the entry of an order of possession other than nonpayment of rent stated in the unlawful detainer action filed by the landlord.  Additionally, pursuant to §55.1-1254 of the Virginia Code, if you vacate and any items of personal property remain in the apartment or in any storage area after 24 hours, we will consider such property abandoned, and we may dispose of the property without further notice to you. If you are in active service in the U.S. Military, please contact our office immediately so we can update our records.

(Section 8/subsidized tenants only - remove otherwise): Legal assistance may be available to you by contacting Virginia Legal Aid at 1-866-LEGLAID, https://www.valegalaid.org/.

    ©Equity Residential 2022. All Rights Reserved

## MILITARY STATUS AFFIRMATION

I affirm under oath the following regarding the military service of the Tenant(s):

    [ ] Tenant(s) is/are in the active service of the United States Military
    [ ] Tenant(s) is/are NOT in active service of the United States Military. This assertion is verified through the Department of Defense Manpower Data center.
    [✓] Tenant(s) is/are NOT in active service of the United States Military. This assertion is supported by the following facts: (i) Tenant(s) did not identify the United States Military as their employer in the lease application or subsequently notify Landlord of their active military status; (ii) subsequent to executing their lease, Tenant(s) has not provided any information to cause Landlord to believe Tenant is in the active service of the United States Military; and/or (iii) other: _____

## CERTIFICATE OF SERVICE

I certify that this Notice was served as follows:

    [ ] PERSONAL SERVICE (handed to the tenant); or

    Being unable to personally serve, a copy was delivered in the following manner:
    [ ] Delivered to a family member age 16 or older. List name, age of recipient, and relation of recipient to party named above:
    _____
    [✓] Posted on front door or such other door as appears to be the main entrance of the leased premises. A copy was also sent by regular mail.
    [ ] _____
    _____

11 / 7 / 24
_____
Date of Service

_____
Signature

Nicolas Guerrero
_____
Printed Name of Person Making Service

©Equity Residential 2022. All Rights Reserved.

# THE EVICTION PROCESS IN VIRGINIA

  

**① Notice of Default or Termination**

Before filing in court, the landlord must give you written notice of lease termination.

It usually gives 5 days' (for unpaid rent) or 30 days' warning.

  

**② Summons for Unlawful Detainer**

When the landlord sues you, you will receive a Summons.

It gives the date, time, and location for your first hearing in court.

  

**③ Court Date**

You must go to court if you want to fight your case.

If it is only for unpaid rent, you <u>might</u> have the right to pay everything by the court date and avoid a judgment.

 

**④ Judgment for Possession**

If the judge rules for the landlord, they get a judgment for possession. This means they can take the next steps to evict you.

  

**⑤ Appeal Period**

After a judgment, you have 10 days to appeal. In that time, you will need to file appeal papers and pay the court all rent owed, an amount the judge will set.

  

**⑥ Writ of Eviction**

After getting a judgment for possession, the landlord asks the court for a 'writ of eviction.' It instructs the sheriff to schedule the eviction.

 

**⑦ Eviction Notice**

Soon after receiving the writ, the sheriff will give you a copy and a notice with the date and time they will return to evict you. This happens at least 72 hours before the eviction.

  

**⑧ Extended Redemption**

Up until two business days before the scheduled eviction, you <u>might</u> have the right to pay everything you owe and stay in the home.

  

**⑨ Eviction by Sheriff**

Unless the court or landlord cancels the eviction, the sheriff will return on the date and time on the notice to physically remove you and have the locks changed.

## GET LEGAL ADVICE AS SOON AS POSSIBLE

You might be able to fight your eviction. It depends on the facts of your case. Only an attorney can tell you for sure. The earlier in the process you learn your rights and options, the better chance you have to avoid eviction.

 Call for free legal information and advice.

| EVICTION LEGAL HELPLINE 1-833-NoEvict | or | LEGAL AID 1-866-534-5243 |
|---|---|---|

This is general legal information, not legal advice from an attorney. It is provided by the Virginia Poverty Law Center together with the Campaign to Reduce Evictions (CARE). www.vplc.org | www.reduceevictions.org

 



**JUNE 2023**

# OFFICE OF HOUSING
## SERVICES AND PROGRAMS
alexandriava.gov/housing

For the latest information on City housing programs and services, subscribe to **eNews** at alexandriava.gov/enews. Then select "Affordable Housing".

Para obtener información en español, llame 703.746.4990 y presione opción número 1.

**421 King Street, Suite 215, Alexandria, VA 22314    |    703.746.4990**

## RENTER RESOURCES
alexandriava.gov/go/1792

### Affordable Rental Units
Provides information on affordable rental resources.

Eligibility: Renters with incomes up to 80% AMI
*(see income limits on page 2)*

Contact: Patricia Vuylsteke, 703.746.3092
patricia.vuylsteke@alexandriava.gov
Office of Housing, 703.746.4990
housing@alexandriava.gov

Sign up for eNews to learn about new committed affordable housing opportunities.

For other options, including accessible rentals, in Virginia, visit virginiahousingsearch.com.

### Public Housing and Housing Choice (Section 8) Vouchers
The Alexandria Redevelopment and Housing Authority (ARHA) owns and manages public housing in the City and administers housing choice vouchers. For more information, visit arha.us.

Contact: Janell Diaz, 703.549.7115 ext. 173

**HAVE A MAINTENANCE ISSUE?**
Learn how to address a rental maintenantance issue at alexandriava.gov/go/1792, or text 703.405.7100.

### Landlord-Tenant Services
Assists with housing-related landlord-tenant disputes and complaints, and provides housing counseling.

Eligibility: All city renters

Contact: Gwen Lassiter, 703.746.3086
gwen.lassiter@alexandriava.gov
Goodman Okpara, 703.746.3080
goodman.okpara@alexandriava.gov

### Relocation Assistance
Provides information regarding housing relocation policies and options, and monitors relocation.

Eligibility: All city renters

Contact: Virginia Patton, 703.746.3083
virginia.patton@alexandriava.gov

### Rental Accessibility Modification Program
Offers $1,500-$50,000 grants for renters with physical disabilities to make accessibility modifications.

Eligibility: Renters with disabilities earning up to 80% of AMI *(see income limits on page 2)*

Contact: Brandi Collins, 703.746.3084
brandi.collins@alexandriava.gov

## EXPERIENCING A HOUSING CRISIS?
Call 703.746.5700
Text 703.346.5599
alexandriava.gov/DCHS

### Eviction Prevention Resources
To learn about City eviction prevention services, visit alexandriava.gov/go/2349.

To learn about resources offered through the Alexandria Eviction Prevention Partnership, call 703.837.9300.

For eviction and fair-housing related legal services, contact:

• **Legal Services of Northern Virginia**
Visit lsnv.org, or call 703.778.6800

• **Legal Aid Justice Center**
Visit justice4all.org, or call 703.778.3450

## HOMEBUYER RESOURCES
alexandriava.gov/go/1941

### Homeownership Assistance Loans and Affordable Homeownership Units
Offers no-interest, deferred payment loans for downpayment and/or closing cost assistance toward the purchase of City-assisted properties.

Eligibility: First-time homebuyers with incomes up to 100% AMI *(see income limits on page 2)*

Contact: Vicente Espinoza, 703.746.3087
vicente.espinoza@alexandriava.gov

### Reduced Interest Financing
Provides access to Virginia Housing SPARC funding to reduce mortgage interest rates.

Eligibility: Homebuyers with incomes up to 100% AMI
*(see income limits on page 2)*

Contact: Vicente Espinoza, 703.746.3087
vicente.espinoza@alexandriava.gov

### Homebuyer Counseling
Free counseling in English and Spanish provide homebuyers access to Virginia Housing's below-market interest rates and City home purchase assistance loans.

Contact: Virginia Housing, 877-843-2123
virginiahousing.com

## DO I QUALIFY FOR ASSISTANCE?

Households must meet income requirements to qualify for certain City housing programs. Income limits vary by program and household size and are based on regional median incomes calculated by the U.S. Department of Housing and Urban Development. The 2023 income limits are shown in the table on the right.

| % of Area Median Income (AMI) | 2023 Annual Income Limits by Household Size | | | | |
|---|---|---|---|---|---|
| | 1-person | 2-person | 3-person | 4-person | 5-person* |
| 30% of AMI | $31,650 | $36,200 | $40,700 | $45,200 | $48,850 |
| 40% of AMI | $42,200 | $48,240 | $54,280 | $60,280 | $65,120 |
| 50% of AMI | $52,750 | $60,300 | $67,850 | $75,350 | $81,400 |
| 60% of AMI | $63,300 | $72,360 | $81,420 | $90,420 | $97,680 |
| HUD 80% | $66,750 | $76,250 | $85,800 | $95,300 | $102,950 |
| 80% of AMI | $84,400 | $96,480 | $108,560 | $120,560 | $130,240 |
| 100% of AMI | $105,500 | $120,600 | $135,700 | $152,100 | $162,800 |

Source: HUD; Office of Housing    *Income limits are also available for 6+ person households

## HOMEOWNER RESOURCES  alexandriava.gov/go/1946

### Home Rehabilitation Loan Program (HRLP)

Offers no-interest, deferred payment loans up to $135,000 (up to $75,000 for condominiums) to address code violations, structural problems, lead remediation, energy efficiency improvements, and other safety and accessibility modifications.

Eligibility:  Homeowners with incomes up to 80% AMI (see income limits)

Contact:  Arthur Thomas, 703.746.3091
arthur.thomas@alexandriava.gov

### Counseling and Training

Offers referrals for free financial debt management, default and delinquency, and foreclosure prevention.

Contact:  Vicente Espinoza, 703.746.3087
vicente.espinoza@alexandriava.gov

Provides free governance trainings for condominium and community association members.

Contact:  Brandi Collins, 703.746.3084
brandi.collins@alexandriava.gov

To learn about the City's Real Estate Tax Relief Programs for Elderly and Disabled Persons and Veterans with 100% Service-Connected Disability, visit alexandriava.gov/TaxRelief, or call 703.746.4800.

## HOUSING DISCRIMINATION RESOURCES

### Office of Human Rights
alexandriava.gov/humanrights

Enforces antidiscrimination laws by investigating alleged discrimination in:

- the sale or rental of housing
- housing advertising
- disability accommodations or modifications
- lending for the purchase, building, renovation, or repair of housing

Contact:  Miladis Martinez Gutierrez, 703.746.3140

### Fair Housing Testing

Conducts fair housing testing in the housing and lending markets.

Contact:  Goodman Okpara, 703.746.3080
goodman.okpara@alexandriava.gov

### Training for Realtors and Property Managers

Provides training on fair housing laws to real estate and property management companies.

Contact:  Melodie Seau, 703.746.3078
melodie.seau@alexandriava.gov

## OTHER HOUSING RESOURCES

### Homelessness Prevention and Rent Relief
**Department of Community and Human Services**

- The Homeless Services Assessment Center is the point of entry for those seeking emergency shelter or facing homelessness.

- The Office of Community Services provides assistance with rent and utilities to low-income persons facing a housing crisis.

- The Division of Aging and Adult Services provides rental assistance and other services to low-income renters who are 65+ and/or permanently disabled.

For more information, call 703.746.5700, text 703.346.5599, or visit alexandriava.gov/DCHS

**Alexandria Community Shelter**
2355-B Mill Road, Alexandria, VA   703.746.3660

**Carpenter's Shelter**
930 N. Henry Street, Alexandria, VA   703.548.7500

### Home Repair Services

**Rebuilding Together** provides free home repairs, safety modifications, and energy efficiency improvements to eligible homeowners. For more information, call 202.800.6032, or visit rebuildingtogetherdca.org

### Utility Assistance

Heating and cooling assistance is available to income-eligible households. For more information, call 703.746.5700, or visit alexandriava.gov/go/1734

### Domestic Violence Program (DVP)

The DVP offers support to victims of domestic violence and their families 24 hours/day, 7 days/week with:

- crisis intervention and emotional support
- advocacy with medical, police, and court systems
- counseling information and referrals

For more information, call 703.746.4911, or visit alexandriava.gov/DomesticViolence

To learn about the Healthy Homes Initiative and the ALX Breathes program, visit alexandriava.gov/Health



**JUNIO DE 2023**

# OFICINA DE VIVIENDA
## SERVICIOS Y PROGRAMAS
alexandriava.gov/housing

Para obtener la información más reciente sobre los programas y servicios de vivienda en la ciudad, suscríbase a **eNews** en alexandriava.gov/enews. Luego, seleccione "Affordable Housing" (Viviendas asequibles).

421 King Street, Suite 215, Alexandria, VA 22314     |     703.746.4990

## RECURSOS PARA INQUILINOS
alexandriava.gov/go/1792

### Unidades de arrendamiento asequible
Proporciona información sobre arrendamiento de vivienda asequible.

Elegibilidad: Arrendatarios con ingresos de hasta el 80 % del AMI *(consulte los límites de ingresos en la página 2)*

Contacto: Patricia Vuylsteke, 703.746.3092
patricia.vuylsteke@alexandriava.gov
Oficina de Vivienda, 703.746.4990
housing@alexandriava.gov

Regístrese en eNews para obtener más información sobre nuevas oportunidades de viviendas asequibles comprometidas.

Para otras opciones, incluidos arrendamientos con accesibilidad, en Virginia, visite virginiahousingsearch.com.

### Cupones de vivienda pública y elección de vivienda (Sección 8)
La Autoridad de Reurbanización y Vivienda de Alexandria (Alexandria Redevelopment and Housing Authority, ARHA) es propietaria y administradora de viviendas públicas en la ciudad y administra cupones de elección de vivienda. Para obtener más información, visite arha.us.

Contacto: Janell Diaz, 703.549.7115 ext. 173

#### ¿TIENE ALGÚN PROBLEMA DE MANTENIMIENTO?
Aprenda cómo abordar un problema de mantenimiento del alquiler en alexandriava.gov/go/1792, envíe un mensaje de texto, al 703.405.7100.

### Servicios de arrendador-inquilino
Brinda asistencia en las controversias y quejas relacionadas con vivienda entre los arrendadores e inquilinos, y proporciona servicios de asesoramiento en vivienda.

Elegibilidad: Todos los inquilinos de la ciudad
Contacto: Gwen Lassiter, 703.746.3086
gwen.lassiter@alexandriava.gov
Goodman Okpara, 703.746.3080
goodman.okpara@alexandriava.gov

### Asistencia para reubicación
Proporciona información sobre las políticas y opciones de reubicación de vivienda, y supervisa la reubicación.

Elegibilidad: Todos los inquilinos de la ciudad
Contacto: Virginia Patton, 703.746.3083
virginia.patton@alexandriava.gov

### Programa sobre modificación de accesibilidad de arrendamiento
Ofrece subvenciones de entre $1,500 y $50,000 a aquellos inquilinos que tengan discapacidades físicas que requieran la realización de ajustes para accesibilidad.

Elegibilidad: Inquilinos con discapacidades que ganen hasta el 80 % del AMI *(consulte los límites de ingresos en la página 2)*
Contacto: Brandi Collins, 703.746.3084
brandi.collins@alexandriava.gov

## ¿ENFRENTA UNA CRISIS DE VIVIENDA?
Llame al 703.746.5700
Envíe un mensaje de texto al 703.346.5599
alexandriava.gov/DCHS

### Recursos de prevención de desalojos
Para obtener más información sobre los servicios de prevención de desalojo de la ciudad, visite alexandriava.gov/go/2349.

Para obtener más información sobre los recursos ofrecidos a través de la Asociación para la Prevención del Desalojo de Alexandria (Alexandria Eviction Prevention Partnership), llame al 703.837.9300.

Para servicios legales relacionados con el desalojo y la vivienda justa, comuníquese con:

• Servicios Jurídicos del Norte de Virginia
(Legal Services of Northern Virginia)
Visite lsnv.org, o llame al 703.778.6800

• Centro de Justicia de Ayuda Legal
(Legal Aid Justice Center)
Visite justice4all.org, o llame al 703.778.3450

## RECURSOS PARA COMPRADORES DE VIVIENDA
alexandriava.gov/go/1941

### Préstamos de asistencia para la compra o adquisición de Vivienda Asequible
Ofrece préstamos sin intereses con pago diferido para ayuda con el pago inicial o gastos de escrituración para la compra de propiedades asistidas por la ciudad.

Elegibilidad: Compradores de vivienda por primera vez con ingresos de hasta el 100 % del AMI *(consulte los límites de ingresos en la página 2)*
Contacto: Vicente Espinoza, 703.746.3087
vicente.espinoza@alexandriava.gov

### Financiamiento con interés reducido
Proporciona acceso al financiamiento de Virginia Housing a través del programa de Asociaciones Patrocinadoras y Comunidades Revitalizantes (Sponsoring Partnerships and Revitalizing Communities, SPARC) para reducir las tasas de interés de los préstamos hipotecarios.

Elegibilidad: Compradores de vivienda con ingresos de hasta el 100 % del AMI *(consulte los límites de ingresos en la página 2)*
Contacto: Vicente Espinoza, 703.746.3087
vicente.espinoza@alexandriava.gov

### Asesoramiento para compradores de vivienda
El asesoramiento gratuito en inglés y español para compradores de vivienda le dará acceso a las tasas de interés de Virginia Housing inferiores a las del mercado, y a préstamos de asistencia para la compra de vivienda en la ciudad.

Contacto: Virginia Housing, 877-843-2123
virginiahousing.com

## ¿CALIFICO PARA RECIBIR ASISTENCIA?

Las familias deben cumplir con los requisitos de ingresos para ser elegibles para ciertos programas de vivienda locales, estatales y federales. Los límites de ingresos para 2023, que se muestran aquí por tamaño de vivienda, tienen como objetivo proporcionar una orientación general. Tenga en cuenta que los límites de ingresos pueden variar según el programa y deben confirmarse al momento de la solicitud.

| % del ingreso medio del área | Límites de ingresos anuales para 2023 por tamaño del grupo familiar | | | | |
|---|---|---|---|---|---|
| (AMI) | 1 persona | 2 personas | 3 personas | 4 personas | 5 personas* |
| 30 % del AMI | $31,650 | $36,200 | $40,700 | $45,200 | $48,850 |
| 40 % del AMI | $42,200 | $48,240 | $54,280 | $60,280 | $65,120 |
| 50 % del AMI | $52,750 | $60,300 | $67,850 | $75,350 | $81,400 |
| 60 % del AMI | $63,300 | $72,360 | $81,420 | $90,420 | $97,680 |
| HUD 80 % | $66,750 | $76,250 | $85,800 | $95,300 | $102,950 |
| 80 % del AMI | $84,400 | $96,480 | $108,560 | $120,560 | $130,240 |
| 100 % del AMI | $105,500 | $120,600 | $135,700 | $152,100 | $162,800 |

**Fuente: HUD; Oficina de Vivienda** *También se aplican límites de ingresos para grupos familiares de más de 6 personas*

## RECURSOS PARA PROPIETARIOS DE VIVIENDA alexandriava.gov/go/1946

### Programa de préstamos para rehabilitación de vivienda (Home Rehabilitation Loan Program, HRLP)

Ofrece préstamos de pago diferido sin intereses de hasta $135,000 (hasta $75,000 para condominios) para corregir quebrantamientos de códigos, problemas estructurales, descontaminación de plomo, mejoras de eficiencia energética y otras reparaciones relacionadas con la seguridad y la accesibilidad.

Elegibilidad: Propietarios de vivienda con ingresos de hasta el 80 % del AMI *(consulte los límites de ingresos)*

Contacto: Arthur Thomas, 703.746.3091
arthur.thomas@alexandriava.gov

### Asesoramiento y capacitación

Ofrece derivaciones para el manejo de deuda financiera, incumplimiento y morosidad, y prevención de ejecución hipotecaria gratuita.

Contacto: Vicente Espinoza, 703.746.3087
vicente.espinoza@alexandriava.gov

Proporciona capacitación gratuita sobre gobernanza para miembros de condominios y asociaciones comunitarias.

Contacto: Brandi Collins, 703.746.3084
brandi.collins@alexandriava.gov

Para obtener más información sobre los Programas de **ayuda fiscal para bienes raíces** de la ciudad destinados a personas mayores, personas discapacitadas y veteranos con discapacidad relacionada en un 100 % con el servicio militar, visite alexandriava.gov/TaxRelief, o llame al 703.746.4800.

## RECURSOS CONTRA LA DISCRIMINACIÓN PARA ACCESO A VIVIENDA

### Oficina de Derechos Humanos
alexandriava.gov/humanrights

Aplica las leyes antidiscriminación al investigar los presuntos casos de discriminación en:

- la venta o el arrendamiento de viviendas
- publicidad de viviendas
- ajustes o modificaciones por discapacidad
- préstamos para la compra, construcción, renovación o reparación de viviendas

Contacto: Miladis Martínez Gutiérrez, 703.746.3140

### Pruebas de acceso igualitario a la vivienda

Realiza pruebas de acceso igualitario a la vivienda en los mercados de arrendamiento y venta de vivienda.

Contacto: Goodman Okpara, 703.746.3080
goodman.okpara@alexandriava.gov

### Capacitación para agentes inmobiliarios y administradores de propiedades

Ofrece capacitación sobre leyes de acceso igualitario a la vivienda a empresas inmobiliarias y de administración de propiedades.

Contacto: Melodie Seau, 703.746.3078
melodie.seau@alexandriava.gov

## OTROS RECURSOS DE VIVIENDA

### Ayuda a las personas sin vivienda y proporciona asistencia para el pago de rentas

**Departamento de Servicios Humanos y Comunitarios**

- El Centro de Evaluación de Servicios para Personas sin Vivienda (Homeless Services Assessment Center) sirve como portal de acceso para quienes buscan refugio de emergencia o se enfrentan a la condición de no tener una vivienda.
- La Oficina de Servicios Comunitarios (Office of Community Services) proporciona asistencia en el pago de rentas y servicios públicos a personas de bajos ingresos que cumplan determinados requisitos y que enfrentan una crisis de vivienda.
- La División de Servicios para Adultos y Adultos Mayores (Division of Aging and Adult Services) brinda asistencia en el alquiler y otros servicios a arrendatarios de bajos ingresos mayores de 65 años o con discapacidades permanentes.

Para obtener más información, llame al 703.746.5700, envíe un mensaje de texto al 703.346.5599, o visite alexandriava.gov/DCHS.

**Alexandria Community Shelter**
2355-B Mill Road, Alexandria, VA   703.746.3660

**Carpenter's Shelter**
930 N. Henry Street, Alexandria, VA   703.548.7500

### Servicios de reparación de viviendas

**Reconstruyamos Juntos** (Rebuilding Together) proporciona reparaciones para el hogar, modificaciones de seguridad y mejoras en la eficiencia energética gratuitas a los propietarios de viviendas que reúnan los requisitos. Para obtener más información, llame al 202.800.6032, o visite rebuildingtogetherdca.org.

### Asistencia de servicios públicos

La asistencia de calefacción y refrigeración está disponible para los hogares elegibles según los ingresos. Para obtener más información, llame al 703.746.5700 o visite alexandriava.gov/go/1734.

### Programa de Violencia Doméstica (DVP)

El DVP (Domestic Violence Program) ofrece apoyo a las víctimas de violencia doméstica y a sus familias las 24 horas del día, los 7 días de la semana, de la siguiente manera:

- intervención en crisis y apoyo emocional
- defensa con sistemas médicos, policiales y judiciales
- información de asesoramiento y derivaciones

Para obtener más información, llame al 703.746.4911 o visite alexandriava.gov/DomesticViolence.

Para obtener más información sobre la iniciativa Healthy Homes y el programa ALX Breathes, visite alexandriava.gov/Health.

# SENIOR RENT RELIEF PROGRAM

## UP TO $6,000
### IN RENTAL ASSISTANCE PER YEAR

Department of Community and Human Services

## Basic Eligibility Requirements:

- Applicant must be 65 years of age or older and/or permanently and totally disabled by Social Security Administration standards.

- Applicant must be a City of Alexandria resident for at least 12 months prior to application and must be listed on lease as an occupant or leaseholder.

- The total combined gross income from all sources of all individuals living in the household shall not exceed $25,600 annually. Income deductions of up to $14,000 available.

- Persons who receive rental subsidies under Section 8 or other federal, state or local housing authority subsidy programs are not eligible.

- Other requirements apply.

## Questions?

Call **DCHS Call Center** at **703.746.5700** or visit **alexandriava.gov/go/1959** for information about available financial assistance programs for seniors.

117.2023

# NEED HELP WITH HEATING OR COOLING?

See if you might be eligible at https://commonhelp.virginia.gov/access/.

Applications for help with your heating and cooling bills or equipment needs are accepted online (at https://commonhelp.virginia.gov/access/), by calling the Enterprise Customer Service Center at (855) 635 – 4370, and at your local department of social services.

**Fuel assistance** helps with home heating costs; but can also be used for furnace re-starts, late charges, delivery charges, installation charges, and connection or re-connection fees. *Applications are accepted online, through the Enterprise Customer Service Center, and at local departments of social services from the second Tuesday in October through the second Friday in November.* Benefits are determined and authorizations for deliveries or service are sent to vendors in December.

**Crisis assistance** is intended to meet a household's emergency heating need, when no other resource is available.
- *Applications are accepted online, through the Enterprise Customer Service Center, and at local departments of social services from November 1 through March 15* for the following: one time only heat security deposit and/or heating equipment repair/purchase. *Assistance is based on the availability of funds.*
- *Applications are accepted online, through the Enterprise Customer Service Center, and at local departments of social services from the first workday in January through March 15* for the purchase of home heating fuel and the payment of heat utility bill. *Assistance is based on the availability of funds.*

**Cooling assistance** provides purchase or repair of cooling equipment and/or payment for electricity to operate cooling equipment. To be eligible, a household must contain at least one vulnerable individual who is age 60 or over, is living with a disability, or is under age 6. *Applications are accepted online, through the Enterprise Customer Service Center, and at local departments of social services from June 15 through August 15. Assistance is based on the availability of funds.*

**Eligibility criteria for assistance include:**
- Must be resident of the locality in which application is made
- Must have a heating or cooling expense responsibility
- Monthly gross income may not exceed:

| Household Size | Maximum Income | | Household Size | Maximum Income |
|---|---|---|---|---|
| 1 | $1,822 | | 11 | $8,210 |
| 2 | $2,465 | | 12 | $8,852 |
| 3 | $3,107 | | 13 | $9,495 |
| 4 | $3,750 | | 14 | $10,137 |
| 5 | $4,392 | | 15 | $10,780 |
| 6 | $5,035 | | 16 | $11,422 |
| 7 | $5,677 | | 17 | $12,065 |
| 8 | $6,282 | | 18 | $12,707 |
| 9 | $6,925 | | 19 | $13,350 |
| 10 | $7,567 | | 20 | $13,992 |

**If you suspect Fraud or Abuse of any kind**, report it to your Local Department of Social Services or call 1-800-552-3431.

**The Virginia Department of Housing and Community Development (DHCD) administers the Weatherization Assistance Program (WAP).** The WAP reduces household energy use through the installation of cost-effective energy savings measures, which also improve resident health and safety. Common measures including sealing air leaks, adding insulation, and repairing heating and cooling systems. DHCD works with a network of nonprofit organizations around the state, who directly implement the program. More information is available at https://www.dhcd.virginia.gov/wx

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-24 (05/23)

## ¿NECESITA AYUDA CON LA CALEFACCIÓN O REFRIGERACIÓN?

Ver si usted podría ser elegible en el **https://commonhelp.virginia.gov/access/**

Se admiten solicitudes para ayuda con su calefacción y proyectos de ley o las necesidades de equipos de refrigeración en línea (en **https://commonhelp.virginia.gov/access/**, llamando al centro de servicio al cliente empresa en (855) 635-4370, y en su local del Departamento de servicios sociales.

**La asistencia para combustible** ayuda con los costos de calefacción en la vivienda, pero también puede usarse para reiniciar hornos, cargos en mora, gastos de envío, gastos de instalación y cargos por conexión o reconexión. *Solicitudes se aceptan en línea, a través del centro de servicio al cliente de empresa y en los departamentos locales de servicios sociales del segundo martes de octubre hasta el segundo viernes de noviembre.* Los beneficios son determinados y las autorizaciones para envíos o servicios son enviados a los vendedores en diciembre.

**La asistencia en crisis** busca cubrir las necesidades de emergencia en el hogar con respecto a la calefacción cuando no existe ningún otro recurso disponible.
- *Las solicitudes se aceptan en línea, a través del centro de servicio al cliente de empresa y en los departamentos locales de servicios sociales desde el 1 de noviembre hasta el 15 de marzo* para lo siguiente: una sola vez, depósito de seguridad térmico y/o compra/reparación de equipos de calefacción. *La asistencia depende de la disponibilidad de fondos.*
- *Las solicitudes se aceptan en línea, a través del centro de servicio al cliente de empresa y en los departamentos locales de servicios sociales de la primera jornada de trabajo en enero y el 15 de marzo* para la compra de combustible de calefacción para la vivienda y el pago de las facturas de servicios públicos de calefacción. *La asistencia depende de la disponibilidad de fondos.*

**La asistencia para refrigeración** facilita la compra o reparación de equipos de refrigeración y/o pago de electricidad para el funcionamiento de equipos de refrigeración. Para ser elegible, el hogar debe estar conformado por al menos un individuo vulnerable de 60 años de edad o más, vivir con una discapacidad, o un menor de 6 años. *Solicitudes se aceptan en línea, a través del centro de servicio al cliente de empresa y en los departamentos locales de servicios sociales de 15 de junio al 15 de agosto. La asistencia depende de la disponibilidad de fondos.*

El criterio de elegibilidad para la asistencia incluye:
- ➢ Debe ser residente de la localidad en la que se realiza la solicitud
- ➢ Usted debe tener una responsabilidad de gastos de calefacción o refrigeración
- ➢ El ingreso mensual bruto no debe exceder de:

| Máxima Cantidad | Ingreso por Vivienda | | Máxima Cantidad | Ingreso por Vivienda |
|---|---|---|---|---|
| 1 | $1,822 | | 11 | $8,210 |
| 2 | $2,465 | | 12 | $8,852 |
| 3 | $3,107 | | 13 | $9,495 |
| 4 | $3,750 | | 14 | $10,137 |
| 5 | $4,392 | | 15 | $10,780 |
| 6 | $5,035 | | 16 | $11,422 |
| 7 | $5,677 | | 17 | $12,065 |
| 8 | $6,282 | | 18 | $12,707 |
| 9 | $6,925 | | 19 | $13,350 |
| 10 | $7,567 | | 20 | $13,992 |

Si sospecha de fraude o abuso de cualquier índole, repórtelo a su Departamento Local de Servicios Sociales o llame al 1-800-552-3431.

**El Departamento de vivienda y desarrollo comunitario de Virginia (DHCD) administra el programa de asistencia de climatización (WAP).** El WAP reduce el uso de energía doméstica a través de la instalación de medidas rentables de ahorro energético, que también mejoran la salud y la seguridad de los residentes. Medidas comunes que incluyen el sellado de fugas de aire, la adición de aislamiento y la reparación de sistemas de calefacción y refrigeración. DHCD trabaja con una red de organizaciones sin fines de lucro en todo el estado, que implementan directamente el programa. Más información disponible en https://www.dhcd.virginia.gov/wx

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-24 (05/23)

# City of Alexandria
# Community Resources

## *DROP-IN DAY PROGRAM*

**David's Place** 703.548.7500
930 N. Henry Street, Alexandria, VA 22314
Monday-Saturday 7–9 a.m.
Closed Sun; showers, laundry & phone/mail service available

## *SHELTERS / HOMELESS SERVICES*

**Homeless Services Assessment Center (HSAC)** 703.746.5700
4850 Mark Center Dr., 5th Fl., Alexandria, VA 22311

**Alexandria Community Shelter** 703.746.3660
2355-B Mill Road, Alexandria, VA 22314
Referral from HSAC required

**Carpenter's Shelter** 703.548.7500
930 N. Henry Street, Alexandria, VA 22314 Referral
from HSAC required *Family Shelter Only*

**Alexandria Winter Shelter** 703.477.5773
2355-A Mill Road Alexandria, VA 22314
Open 7 p.m. - 7 a.m. nightly from Dec–Mar and weather-dependent in Nov and Apr; COA Residents only/Self-referral

**New Hope Housing** 703.820.7621
Bailey's Crossroads Community Shelter
5914 Seminary Rd, Falls Church, VA 22041
Self-referral; call daily to ask about space availability

**Eleanor Kennedy Shelter** 703.799.0200
9155 Richmond Hwy, Ft. Belvoir, VA 22060
Self-referral; call daily to ask about space availability

**Falls Church Emergency Winter Shelter** 703.854.1400
217 Gordon Road, Falls Church, VA 22046
Nov 15–Mar 31, 6 p.m.–8 a.m.

**Embry Rucker Community Shelter** 703.437.1975 11975
Bowman Towne Dr., Reston, VA 20190
Self-referral; call daily to ask about space availability

## *EMERGENCY & FINANCIAL ASSISTANCE PROGRAMS*

**Christ Church** 703.549.1450 ext. 306
118 N. Washington Street, Alexandria, VA 22314
Rent, utilities, medical, sec. deposits; must live in Alexandria

**St. Paul's Lazarus Ministry** 703.549.3312 ext. 66
228 S. Pitt Street, Alexandria, VA 22314
Call and leave a message; will call back
Rent, utilities, medical, sec. deposits; must live in Alexandria

**St. Vincent de Paul** 703.836.1724
310 S. Royal Street, Alexandria, VA 22314
Call and leave a message; will call back
Must live in the City of Alexandria; inside 395 corridors

**St. Rita's Church** 703.836.1356
3815 Russell Road, Alexandria, VA 22305
Call and leave a detailed message; will call back
Rent, medical rent, utilities, medical, sec. deposits, food Must live in the City of Alexandria

**Salvation Army** 703.548.0579
107 E. Bellefonte Ave., Alexandria, VA 22301
Call for an appointment for financial assistance; utilities Will request photo ID, disconnect notice, proof of income and proof of residence

## *EMERGENCY & FINANCIAL ASSISTANCE PROGRAMS*

**Catholic Charities** 703.548.4227 (Press 5)
125 S. West Street Alexandria, VA 22314
Email: ea-ch@ccda.net; rent and utilities .

**St. Joseph Catholic Church** 571.312.8408
Call & leave a detailed message; will call back
Rent, medical: will help with rent if facing eviction; can help with medicines not covered by insurance

**Northern Virginia Family Services** 571.748.2500 www.nvfs.org/covid-19-emergency-assistance-program Must apply online at the address listed
Childcare, co-pays, food, heath, housing, and utilities

**Department of Community and Human Services**
Call 703.746.5700 or text 703.346.5599
4850 Mark Center Dr., 5th Fl., Alexandria, VA 22311
Mon–Fri, 8 a.m.–5 p.m.
Homeless prevention, energy assistance and benefits programs, child welfare and other human services.

## *MEALS*

### *Breakfast*

**Old Presbyterian Meeting House** 703.549.6670
323 South Fairfax Street, Alexandria, VA 22314
Breakfast served on Thursdays, 6-8 a.m.

**Old Town Community Church** 703.982.0549
212 S Washington Street, Alexandria, VA 22314
Breakfast served 6–8 a.m.

**Old Town Deli** 703.836.8028
109 N. Washington St., Alexandria, VA 22314
Breakfast served Tuesday 8–10 a.m.

**Washington Street United Methodist Church**
109 South Washington Street, Alexandria, VA 22314
Breakfast served Mon and Fri 6–8 a.m.

**Meade Memorial Episcopal Church** 703.549.1334
322 North Alfred Street, Alexandria, VA 22314
Brown Bag Lunch Program, Mon–Fri, 11:30 a.m.–12:30 p.m.
**Meals will be served to-go, outside in the courtyard**

### *Lunch*

**Meade Memorial Episcopal Church** 703.549.1334
322 N. Alfred St., Alexandria, VA 22314
**Brown Bag Lunch Program**, Mon–Fri, 11:30 a.m.–12:30 p.m. **Hot Meal**, Saturdays Oct–Mar, 12:30–1:30 p.m.

### *Dinner*

**Christ House** 703.548.4227
131 S. West Street, Alexandria, VA 22314 Evening Meal, daily 4:30–6 p.m.
**Meals will be served to go**

**Hunger Free Alexandria** 703.662.1067 / Food pantry locations and schedules: hungerfreealexandria.com Text the word FOOD (or COMIDA) to 877-877 to find nearest emergency food distribution sites

**Meals on Wheels** 703.746.5999
City residents who are 60+



# City of Alexandria
## Community Resources

### VETERANS/AGING/

**DISABLED** Aging & Adult Services 703.746.5999
4850 Mark Center Dr., 9th Fl., Alexandria, VA 22311

**Adult Protective Services** 703.746.5778

**Senior Taxi** 703.746.5999
For seniors 60+; call to apply

**DOT –Transportation Information** 703.746.4084

**Metro Access** 301.562.5360
Low-cost transportation for disabled and elderly individuals

**Veteran Administration Medical Center** 202.745.8000
50 Irving Street, NW Washington, DC 20422

**Veterans Crisis Line** 800.273.8255 Press 1
Confidential help line for veterans in crisis

**Wounded Warrior Program** 571.258.3900
Assistance for veterans of any era

### HEALTH & MENTAL HEALTH & SUBSTANCE USE SUPPORT

**Emergency Mental Health Services** 703.746.3401

**Non-Emergency Mental Health** 703.746.4444

**Alexandria Health Department** 703.746.4996
4850 Mark Center Dr., Alexandria, VA 22311
Free & confidential walk-in HIV testing Mon (5-7 p.m) and Wed (1-3 p.m); Dental Clinic 703.535.5568

**Alexandria Community Services Board** 703.746.3400
4850 Mark Center Dr., Alexandria, VA 22311
Services for people with mental illness, intellectual disability and/or substance use disorders

**Alexandria Neighborhood Health Services, Inc.** (ANHSI)
703.535.5568 (extension 5211 or 5901)
2 East Glebe Road, Alexandria, VA 22314

**Casey Health Center** 703.746.4886
OBGYN, Pregnancy and Post-Partum Services
1200 N. Howard St., Alexandria, VA 22304

**National Capital Treatment & Recovery** 703.841.0703 ext. 1
521 N Quincy St., Arlington, VA 22203
Substance Abuse Treatment Center

**Phoenix House** 866-535-8856
1521 N Quincy St, Arlington, VA 22203
Substance Abuse Treatment Center

### LEGAL ASSISTANCE

**Legal Services of Northern Virginia** 703.684.5566
110 N. Royal St., Alexandria, VA 22314

**Virginia Lawyer Referral Service** 1.800.552.7977

**Victim/Witness Assistance & Commonwealth's Attorney**
703.746.4100; Mon-Fri, 7:30 a.m.-4:30 p.m.

**ID Assistance – Department of Community and Human Services**
703.746.5700 ; Must be an COA Resident

### THRIFT STORES

**Christ House Thrift Shop** 703.548.4227
125 S. West Street, Alexandria, VA 22314
Mon 10 a.m-3 p.m.; Tue-Sat 10 a.m-4 p.m.

**Prevention of Blindness Thrift Store** 703.683.2588
900 King Street, Alexandria, VA 22314
Tue–Fri & Sun 10 a.m.–5 p.m.; Sat 10 a.m.–6 p.m.

**Salvation Army Thrift Store** 703.642.9270
6528 Little River Turnpike, Alexandria, VA 22312
Mon–Sat, 10 a.m. – 6 p.m.

### REENTRY RESOURCES

**Alexandria Criminal Justice Services** 703.746.4547
Local Probation & Pretrial Services
2003 Mill Road, Alexandria, VA 22314

**Virginia Department of Corrections** 571.414.6868
Probation & Parole – District 36
4740 Eisenhower Ave, Alexandria, VA 22304

**Offender Aid & Restoration (OAR)** 703.228.7030
1400 N. Uhle Street, Unit 704, Arlington, VA 22201
Reentry programs and services

**Friends of Guest House** 703.549.8072
1 East Luray Avenue, Alexandria, VA 22301
Re-entry support and services for women

### EMPLOYMENT/EDUCATION

**Workforce Development Center** 703.746.5940
4850 Mark Center Dr., 5th Fl., Alexandria, VA 22311
Mon–Fri 8 a.m.–5 p.m. / Employment search assistance

**Virginia Employment Commission** 703.813.1300
5520 Cherokee Avenue, Alexandria, VA 22312
Employment search assistance and access to computers

**Literacy Council of Northern Virginia** 703.237.0866
2855 Annandale Road #114, Falls Church, VA 22042

### OTHER IMPORTANT NUMBERS

**Emergency Police, Fire, EMS** 911
**Non-Emergency** 703.746.4444
**Alexandria Government Customer Service** 311
**Adult Protective Services** 703.746.5778
**Alexandria Sexual Assault Center Hotline** 703.683.7273
**Alexandria Adult Detention Center** 703.746.4099
**Alexandria Domestic Violence Hotline** 703.746.4911
**Alexandria Sheriff's Office** 703.746.4114
**Child Abuse and Neglect Complaints** 703.746.5800
**Crisis Link** 703.527.4077; or text "CONNECT" to 855-11
**Detox Services** 703.746.3636

Revised
7.18.2023

Guide for Alexandria Resources

د الکذندریه بنار سرچینی لاربنود

راهنما برای منابع  شهرالکزندریه

Guía de Recursos en Alexandria

