IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**KERBY STRACCO,**

    *Plaintiff,*

v.

**TOWN SQUARE MARK CENTER, et al.**

    *Defendants.*

Case No. 1:25-cv-129

## ORDER

Upon consideration of the Bozzuto Defendants' Motion to Dismiss Plaintiff's Complaint or, in the Alternative, Motion for Summary Judgment, the memorandum in support of the Motion, any opposition and reply to the Motion, any argument of counsel, and the entire record in this case, it is hereby:

1.   **ORDERED** that the Bozzuto Defendants' Motion to Dismiss Plaintiff's Complaint or, in the Alternative, Motion for Summary Judgment shall be and hereby is **GRANTED** in full; and it is further

2.   **ORDERED** that the Complaint of Ms. Kerby Stracco [ECF 1] shall be and hereby is **DISMISSED**, with prejudice; and it is further

3.   **ORDERED** that copies of this Order shall be delivered to all parties of record.

So **ORDERED** this _____ day of _____, 2025.

_____
Judge, United States District Court for the Eastern District of Virginia

919991